UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EARSTERN DIVISION

| | | |
|---|---|---|
| DEON PATRICK, | ) | |
| | ) | |
| *Plaintiff*, | ) | No. 14 C 3658 |
| v. | ) | |
| | ) | Honorable Ronald A. Guzman |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## NOTICE OF MOTION

**TO:** All Attorneys of Record

PLEASE TAKE NOTICE that on **Thursday, September 17, 2015 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, Plaintiff Deon Patrick will present the attached **Emergency Motion for Leave to File Oversized Brief** before the Honorable Ronald A. Guzman, or any judge sitting in his stead, in Courtroom 1219, United States Court House, 219 S. Dearborn Street, Chicago, Illinois 60604.

Dated: September 16, 2015          */s/ Stuart J. Chanen*
                                   Stuart J. Chanen
                                   Nicole Nehama Auerbach
                                   Daniel Wucherer
                                   VALOREM LAW GROUP
                                   35 E. Wacker Drive, Ste. 3000
                                   Chicago, IL 60601
                                   Phone: (312) 676-5460
                                   stuart.chanen@valoremlaw.com
                                   nicole.auerbach@valoremlaw.com
                                   daniel.wucherer@valoremlaw.com

- 2 -

## **CERTIFICATE OF SERVICE**

I certify that on September 16, 2015, I caused a copy of the attached document, **Plaintiff Deon Patrick's Emergency Motion for Leave to File Oversized Brief**, to be served upon all counsel of record via the Court's ECF system and via email.

*/s/ Stuart J. Chanen* __