VERDICT FORM

We, the jury, considering each claim individually, unanimously find as follows on Plaintiff's claims against Defendants:

**Claim One – violation of due process, coercive confession:**

We, the jury find:

_____   _____
For plaintiff Patrick   For defendant Abreu

_____   _____
For plaintiff Patrick   For defendant Johnson

_____   _____
For plaintiff Patrick   For defendant Killacky

_____   _____
For plaintiff Patrick   For defendant O'Connor

_____   _____
For plaintiff Patrick   For defendant Villardita

_____   _____
For plaintiff Patrick   For defendant City of Chicago

_____   _____
For plaintiff Patrick   For defendant Fogarty

_____   _____
For plaintiff Patrick   For defendant Magats

**Claim Two – violation of due process, fabricated evidence:**

We, the jury find:

_____   _____
For plaintiff Patrick   For defendant Abreu

_____   _____
For plaintiff Patrick   For defendant Berti

_____   _____
For plaintiff Patrick   For defendant Glinski

_____   _____
For plaintiff Patrick   For defendant Johnson

_____   _____
For plaintiff Patrick   For defendant Killacky

_____   _____
For plaintiff Patrick   For defendant O'Connor

_____   _____
For plaintiff Patrick   For defendant Villardita

_____   _____
For plaintiff Patrick   For defendant City of Chicago

_____   _____
For plaintiff Patrick   For defendant Fogarty

_____   _____
For plaintiff Patrick   For defendant Magats

**Claim Three – failure to intervene:**

    We, the jury find:

_____      _____
For plaintiff Patrick     For defendant Abreu

_____      _____
For plaintiff Patrick     For defendant Berti

_____      _____
For plaintiff Patrick     For defendant Glinski

_____      _____
For plaintiff Patrick     For defendant Johnson

_____      _____
For plaintiff Patrick     For defendant Killacky

_____      _____
For plaintiff Patrick     For defendant O'Connor

_____      _____
For plaintiff Patrick     For defendant Villardita

**Claim Four – federal conspiracy:**

    We, the jury find:

|  |  |
|---|---|
| _____ <br> For plaintiff Patrick | _____ <br> For defendant Abreu |
| _____ <br> For plaintiff Patrick | _____ <br> For defendant Berti |
| _____ <br> For plaintiff Patrick | _____ <br> For defendant Glinski |
| _____ <br> For plaintiff Patrick | _____ <br> For defendant Johnson |
| _____ <br> For plaintiff Patrick | _____ <br> For defendant Killacky |
| _____ <br> For plaintiff Patrick | _____ <br> For defendant O'Connor |
| _____ <br> For plaintiff Patrick | _____ <br> For defendant Villardita |
| _____ <br> For plaintiff Patrick | _____ <br> For defendant Fogarty |
| _____ <br> For plaintiff Patrick | _____ <br> For defendant Magats |

**Claim Five – malicious prosecution:**

We, the jury find:

| | |
|---|---|
| _____ | _____ |
| For plaintiff Patrick | For defendant Abreu |
| _____ | _____ |
| For plaintiff Patrick | For defendant Berti |
| _____ | _____ |
| For plaintiff Patrick | For defendant Glinski |
| _____ | _____ |
| For plaintiff Patrick | For defendant Johnson |
| _____ | _____ |
| For plaintiff Patrick | For defendant Killacky |
| _____ | _____ |
| For plaintiff Patrick | For defendant O'Connor |
| _____ | _____ |
| For plaintiff Patrick | For defendant Villardita |
| _____ | _____ |
| For plaintiff Patrick | For defendant City of Chicago |
| _____ | _____ |
| For plaintiff Patrick | For defendant Fogarty |
| _____ | _____ |
| For plaintiff Patrick | For defendant Magats |

**Claim Six – state conspiracy:**

 We, the jury find:

| | |
|---|---|
| _____ | _____ |
| For plaintiff Patrick | For defendant Abreu |
| _____ | _____ |
| For plaintiff Patrick | For defendant Berti |
| _____ | _____ |
| For plaintiff Patrick | For defendant Glinski |
| _____ | _____ |
| For plaintiff Patrick | For defendant Johnson |
| _____ | _____ |
| For plaintiff Patrick | For defendant Killacky |
| _____ | _____ |
| For plaintiff Patrick | For defendant O'Connor |
| _____ | _____ |
| For plaintiff Patrick | For defendant Villardita |
| _____ | _____ |
| For plaintiff Patrick | For defendant Fogarty |
| _____ | _____ |
| For plaintiff Patrick | For defendant Magats |

**Claim Seven – Respondeat Superior (legal responsibility):**

_____  _____
For plaintiff Patrick   For defendant City of Chicago

**COMPENSATORY DAMAGES**

**(to be considered only if you have found for the plaintiff on one or more claims)**

We award the plaintiff compensatory damages in the amount of:

$ _____.

_____       _____

_____       _____

_____       _____

_____       _____

_____       _____

_____       _____

**PUNITIVE DAMAGES**
**(to be considered only if you have found for the plaintiff on one or more claims)**

We award the plaintiff punitive damages against the following individual defendants in the amount stated:

_____
Against defendant Abreu

_____
Against defendant Berti

_____
Against defendant Glinski

_____
Against defendant Johnson

_____
Against defendant Killacky

_____
Against defendant O'Connor

_____
Against defendant Fogarty

_____
Against defendant Magats

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

**Date: April \_\_, 2017**

**Defendant Officers 'Objections:** Plaintiff's proposed verdict form is confusing, misleading and incorrectly states the pending claims at issue insofar as it lists claims against the City of Chicago.