# PLAINTIFF'S SUPPLEMENTAL INSTRUCTION #1 - VERIFICATIONS ON INFORMATION AND BELIEF

You have seen and heard about several "verifications" in this case. The authors of some of these verifications swear that all of the statements they are verifying are true based on their own personal knowledge. The authors of other verifications state that they are verifying some or all of their statements "on information and belief." An assertion based "on information and belief" means that it is not based on the author's personal knowledge. Rather, it is based on facts that the author believes to be true, but does not know in fact to be true.

**Authority:**

-- *Martin v. Indiana*, No. 1:12-cv-69-SLC, 2015 WL 4899008, at *9 (N.D. Ind. Aug. 17, 2005) (Collins, M.J.) (unpublished decision)

-- *Abdullah v. Frank*, No. 04C1181, 2007 WL 636185, at *5 (E.D. Wis. Feb. 26, 2007) (Adelman, J.)

-- *Schertz v. Waupaca County.*, 875 F.2d 578, 582 (7th Cir. 1989)

-- *Toro Co. v. Krouse, Kern & Co., Inc.*, 827 F.2d 155, 162-63 & n.3 (7th Cir. 1987)


\_\_\_\_\_ Given
\_\_\_\_\_ Rejected
\_\_\_\_\_ Withdrawn
\_\_\_\_\_ Objected to