# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DEON PATRICK, | ) | |
|     *Plaintiff*, | ) | No. 14 C 3658 |
| v. | ) | Honorable Ronald A. Guzman |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
|     *Defendants*. | ) | |

## MOTION FOR ENTRY OF JUDGMENT ORDER

Plaintiff Deon Patrick, pursuant to Federal Rule of Civil Procedure 58(a) & (d), respectfully requests this Court to enter a judgment on the jury's April 13, 2017 verdict in the form the same as or substantially similar to the form attached as Exhibit A. In the alternative, Mr. Patrick requests this Court to enter the jury's April 13, 2017 verdict on the Court's docket so that the Clerk of the Court may perform its duties under Federal Rules of Civil Procedure 58(b)(1)(A).

Wherefore, Mr. Patrick respectfully requests this Court to enter judgment under Rule 58(a) or enter the jury's verdict on the docket, so that the Clerk may perform its duties under Rule 58(b).

Dated: April 14, 2017

                                                      Respectfully submitted,
                                                      *Deon Patrick, Plaintiff*

                                                      /s/ Stuart J. Chanen

Stuart J. Chanen
Nicole Nehama Auerbach
VALOREM LAW GROUP
218 N. Jefferson St., Suite 300
Chicago, IL 60661
(312) 676-5460
Stuart.chanen@valoremlaw.com
Nicole.auerbach@valoremlaw.com