**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| DEON PATRICK, | ) | |
| *Plaintiff*, | ) | No. 14 C 3658 |
| v. | ) | Honorable Ronald A. Guzman |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**JUDGMENT ORDER**

On the motion of Plaintiff Deon Patrick, and pursuant to Federal Rule of Civil Procedure 58(a) & (d), this Court enters judgment on the jury's verdict as follows:

1. The following defendants, City of Chicago, Ricardo Abreu, Michael Berti, Sean Glinski, Thomas Johnson, Terry O'Connor, and Anthony Villardita are jointly and severally liable to Plaintiff Deon Patrick in the amount of $13,300,000.

2. Defendant Ricardo Abreu is individually and personally liable to Plaintiff Deon Patrick in the amount of $15,000.

3. Defendant Michael Berti is individually and personally liable to Plaintiff Deon Patrick in the amount of $10,000.

4. Defendant Sean Glinski is individually and personally liable to Plaintiff Deon Patrick in the amount of $10,000.

5. Defendant Thomas Johnson is individually and personally liable to Plaintiff Deon Patrick in the amount of $20,000.

6. Defendant Terry O'Connor is individually and personally liable to Plaintiff Deon Patrick in the amount of $15,000.

7. Defendant Anthony Villardita is individually and personally liable to Plaintiff Deon Patrick in the amount of $20,000.

8. Judgment is entered for Defendants Martin Fogarty, Brian Killacky, and Joseph Magats and against Plaintiff Deon Patrick.

IT IS SO ORDERED.

Dated: ________________ ________________________________

The Honorable Ronald A. Guzman