# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Deon Patrick,

Plaintiff(s),

v.

City of Chicago, et al.,

Defendant(s).

Case No. 14 C 3658
Judge Ronald A. Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Jury returns its verdict on liability as follows: As to Claim 1 for Plaintiff, Deon Patrick, and against Defendants Anthony Villardita, Ricardo Abreu, Terrence O'Connor, and for Defendants Thomas Johnson, Brian Killacky and Joseph Magats. As to Claim 2 for Plaintiff, Deon Patrick, and against Defendants Anthony Villardita, Thomas Johnson, Sean Glinski, Michael Berti, and for Defendants Brian Killacky, Ricardo Abreu, Terrence O'Connor, Martin Fogarty, and Joseph Magats. As to Claim 3 for Plaintiff, Deon Patrick, and against Defendants Anthony Villardita, Thomas Johnson, Ricardo Abreu, Terrence O’Connor, Sean Glinski, Michael Berti, and for Defendant Brian Killacky. As to Claim 4 for Plaintiff, Deon Patrick and against Defendants Anthony Villardita, Thomas Johnson, Richardo Abreu, Terrence O’Connor, Sean Glinski, Michael Berti, and for Defendants Brian Killacky, Martin Fogarty, and Joseph Magats. As to claim 5 and 6 for Plaintiff, Deon Patrick and against Defendants Anthony Villardita, Thomas Johnson, Ricardo Abreu, Terrence O’Connor, and for Defendants Brian Killacky, Sean Glinski, Michael Berti, Martin Fogarty, and Joseph Magats. On damages as follows: Plaintiff is awarded $13.3 million in compensatory damages. Plaintiff is awarded punitive damages against defendants Anthony Villardita and Thomas Johnson in the amount of $20,000 each; against defendants Ricardo Abreu and Terrence O’Connor in the amount of $15,000 each; and against defendants Sean Glinski and Michael Berti in the amount of $10,000 each.

This action was *(check one)*:

☒ tried by a jury with Judge Ronald A. Guzman presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge on a motion

Date: 4/12/2017

Thomas G. Bruton, Clerk of Court

Imelda Saccomonto, Deputy Clerk