# EXHIBIT A

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | **CITATION TO DISCOVER ASSETS TO DEBTOR** | For Court Use Only |
|---|---|---|

Cook ▼ COUNTY

**Instructions ▼**

| | |
|---|---|
| Directly above, enter the name of the county where the case was filed. | Deon Patrick |
| | **Plaintiff** (First, middle, last name) |
| Enter the name of the plaintiff. | |
| | v. |
| Enter the name of the defendant. | Anthony Villardita |
| | **Defendant** (First, middle, last name) |
| Enter the case number. | |

14 cv 3658

**Case Number**

---

In **1**, if the debtor is a person, enter the address where the debtor can be served. If the debtor is a business, enter the name of the registered agent, and the address for service. The registered agent can be found on the Illinois Secretary of State's website.

1. **Name and address of debtor:**

   Anthony Villardita

   *Debtor's name*

   c/o counsel Borkan and Scahill, 20 South Clark, Suite 1700

   *Street, Apt #*

   Chicago, IL 60603

   *City*               *State*               *ZIP*

---

In **2**, enter courtroom number, date and time of the court date, and address of the courthouse.

2. **You must come to courtroom** 1801 **on**

   *Number*

   Thursday, July 12          9:30          ☑ a.m.   ☐ p.m.

   *Date*                     *Time*

   The address of the court is: 219 S. Dearborn

   *Street*

   Chicago, IL 60604

   *City*               *State*               *ZIP*

---

**Notice to Debtor**

- If you do not come to the court date listed above in section 2, the judge may issue a rule to show case which will require you to come to court.
- On the rule to show cause court date, you will have to explain why you did not come to court on the citation court date, and why you should not be found in contempt of court.
- If you do not come to the rule to show cause court date, the judge may find you in contempt, and you may be arrested and jailed.

---

3. **At your** *Citation* **hearing, you will be asked about your property and income. You will be sworn to tell the truth.**

In **4a**, enter the date of the judgment. If the judgment has been revived (renewed), enter that date.

4. **Information about what you owe:**

   a. A judgment was entered or renewed against you on April 12, 2017

   *Date*

In **4b**, enter the amount of the judgment.

   b. The amount of the judgment is $ 20,000.00 .

---

SC-C 1803.1                    Page 1 of 6                    (03/18)

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

In **4c**, enter how much money is still owed to you. You can include the judgment amount, your court costs (like filing fees, service fees, sheriff's fee, etc.), and post judgment interest of 9% per year. Subtract any payments made by the debtor.

c. The current amount that remains to be paid, including the creditor's court costs and post judgment interest, minus any payments you have made, is $20,252.34 plus court costs of this proceeding.

5. **You are ordered to bring these documents at the court date**:
   - Federal and state income taxes for the last 2 years;
   - Recent pay stubs or proof of income;
   - Bank records;
   - Title to motor vehicles;
   - Deed to any property you own; AND
   - Insurance policies.
   - Other: See Attached Rider

In **5**, enter any other document that the debtor should bring to court showing their income, property, or belongings.

6. **At the court date, you have the right to claim certain protections (exemptions). If you claim an exemption, the income or property covered by that exemption cannot be taken to pay the judgment. Here are some exemptions you may be able to claim:**
   1. Money or belongings up to $4,000 ("wildcard exemption");
   2. Social Security and Supplemental Security Income (SSI) benefits;
   3. Public assistance benefits;
   4. Child support;
   5. Unemployment compensation benefits;
   6. Workers' compensation benefits;
   7. Veterans' benefits;
   8. Circuit breaker property tax relief benefits;
   9. Your equity interest, up to $2,400, in any one motor vehicle;
   10. Your equity interest, up to $1,500, in any professional books, or tools of your trade;
   11. Pension and retirement benefits and refunds; AND
   12. Your equity interest, up to $15,000, in the house you live in.

Equity interest is the money you would get if you sold your property and paid off any outstanding loans.

7. **There are specific exemptions for wages.** Under Illinois law, the amount of wages that may be taken to pay a judgment is limited to the lower of: 1) 15% of your gross wages, or 2) the amount by which your weekly wages, after deductions for taxes and other allowed deductions, is greater than 45 times the minimum wage (currently $371.25 for one week; $742.50 for two weeks; $804.37 for semi-monthly wages; and $1608.75 for a month). Federal law allows the lesser of: 1) 25% of disposable wages; or 2) the amount by which disposable earnings of a week is greater than 30 times the federal minimum wage.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**I certify that everything in the *Citation to Discover Assets to Debtor* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

/s/ _____
*Your Signature*

Stuart J. Chanen
*Print Your Name*

219 North Jefferson Street
*Street Address*

Chicago, IL 60661
*City, State, ZIP*

(312) 676-5480
*Telephone*

If you are completing this on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| **STOP!**<br>The Circuit Clerk will<br>fill in this section. | **Witness this Date:** _____ | *Seal of Court* |
| --- | --- | --- |
| | **Clerk of the Court:** _____ | |

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| STATE OF ILLINOIS, CIRCUIT COURT | INCOME AND PROPERTY STATEMENT (TO BE FILLED OUT BY DEBTOR) | For Court Use Only |
|---|---|---|

Cook ▼ COUNTY

**Instructions ▼**

**To creditor:** Fill out this section in the same way you did on page 1.

**To debtor:** fill out pages 4-6 and sign below.

Deon Patrick
_____
**Plaintiff** *(First, middle, last name)*

v.

Anthony Villardita
_____
**Defendant** *(First, middle, last name)*

14 cv 3658
_____
**Case Number**

---

| **Notice to Debtor:** | 1. Fill out this form and bring it with you to court; AND<br>2. Bring documents you have to support the information you listed in the form. |
|---|---|

In **1a, 1b** and **1c** enter your full name, phone number and current address.

**1. I am providing the following information about myself:**
   a. Name: _____
          *First*         *Middle*         *Last*

In **1d**, enter your Driver's License Number if you have one.

   b. Phone Number: _____
   c. Home Address: _____
          *Street Address, Apt.*

In **1e**, enter the last 4 digits your social security number.

      *City*       *State*       *ZIP*
   d. Driver's License Number: _____

In **1f**, enter your date of birth.

   e. Social Security Number *(last 4 digits)*: _____
   f. Date of Birth: _____

In **1g**, check your marital status.

   g. I am ☐ married ☐ single ☐ divorced

In **2a** and **2b**, enter the number of people living in your house who you support. Support means that the people rely on you financially.

**2. I am providing the following information about the people who live with me:**
   a. I support _____ adults *(not counting myself)* who live with me.
   b. I support _____ children under 18 who live with me.

In **3**, check yes if you are employed.

**3. I am employed.** ☐ **No** *(answer 3a and skip to 4)*    ☐ **Yes** *(skip to 3b and complete the rest)*
   a. I receive unemployment. ☐ Yes ☐ No

In **3a**, if you receive unemployment, check the box and enter the amount of unemployment you receive.

   I receive $_____ in unemployment payments.
   b. If yes, ☐ I am self-employed ☐ I work for someone else

In **3b**, check the box that applies to you.

   c. Company's name: _____
   d. Company's address: _____
          *Street Address*

In **3c** and **3d** enter the company's name and address.

      *City*       *State*       *ZIP*
   e. Income: $_____ per month

In **3e**, enter the gross amount (before taxes) for your income.

---

SC-C 1803.1
(03/18)

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| | |
|---|---|
| In 4, check the box for each type of money you have received in the past month. The creditor may not use court proceedings to take any money you get from these sources. | **4. I receive 1 or more of the following:**<br>☐ **Yes** *(check all that apply)* ☐ **No**<br>   ☐ General Assistance (GA)<br>   ☐ Social Security<br>   ☐ Supplemental Security Income (SSI)<br>   ☐ Food Stamps (SNAP)<br>   ☐ State Children & Family Assistance<br>   ☐ Temporary Assistance to Needy Families (TANF)<br>   ☐ Aid to the Aged, Blind and Disabled (AABD)<br>   ☐ Unemployment<br>   ☐ Pension<br>   ☐ Other: _____ |

**5. I own real estate:** ☐ Yes ☐ No

In 5, check if you own real estate.

  a. I own property at: _____
                *Street Address, Apt.*

In 5a, list the address of the property you own and check the box if there is a mortgage on the property.

     _____
     *City*              *State*      *ZIP*
     ☐ There is a mortgage on my property.

  b. I own property at: _____
                *Street Address, Apt.*

In 5b, list the address of any additional property you own and check the box if there is a mortgage on the property.

     _____
     *City*              *State*      *ZIP*
     ☐ There is a mortgage on my property.

**6. I have checking, savings, money market, certificates of deposit, safety deposit boxes, or other bank or credit union accounts:** ☐ Yes ☐ No

In 6, check if you have any of the listed accounts and provide the information about each account, but do not list account numbers.

| | Name of Bank or Institution | Names on Accounts | Account Type | Balance |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |
| 3. | | | | $ |
| 4. | | | | $ |

**7. I have motor vehicles** *(Cars, boats, trailers, motorcycles etc.)*: ☐ Yes ☐ No

In 7, check if you have any motor vehicles and provide the information about each vehicle. For Balance, fill in the amount remaining on your loan.

| | Year, Make, and Model | Title in Name of | Monthly payment | Balance |
|---|---|---|---|---|
| 1. | | | $ | $ |
| 2. | | | $ | $ |
| 3. | | | $ | $ |
| 4. | | | $ | $ |

**8. I own other property:** ☐ Yes ☐ No

In 8, check yes if you own other property such as jewelry, electronics, tools, etc.

  The property is *(describe and include its total value )*: $ _____

  _____
  _____
  _____
  _____
  _____

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

After you finish this form, sign and print your name.

Enter your complete current address and telephone number.

Mail or hand-deliver a copy of this completed *Answer* to the Circuit Clerk, plaintiff, and debtor.

*Your Signature*

*Print Your Name*

*Street Address*

*City, State, ZIP*

*Telephone*

SC-C 1803.1

(03/18)

## RIDER TO CITATION TO DISCOVER ASSETS

**A.**  **DEFINITIONS** -  Unless stated otherwise herein, the capitalized terms in this Rider to Citation To Discover Assets shall have the meaning set forth below in this section A.

**BANK ACCOUNTS.** "Bank Accounts" shall include any checking account, savings account, certificate of deposit or other arrangement with a bank, savings association or credit union, whether registered in the name of the Judgment Debtor or any Related Parties, and any Person, Trust or other entity in which the Judgment Debtor may have or had an interest, or have or had authority to represent in connection therewith.

**CORRESPONDENCE.** "Correspondence" shall include all statements of any kind, whether written, stenographic, recorded, in the form of a letter, memo, e-mails, facsimile transmissions, telegrams, advertisements and each and every incident in which information is transmitted in writing, electronic mail, or any other form (i) between the Judgment Debtor and/or Related Parties, and any other Person; or (ii) in any way Relating to the Judgment Debtor or Related Parties.

**DOCUMENTS.** "Documents" shall mean the original and each-non identical copy of all written, printed, typed, or other graphic matter, regardless of the medium or manner in which such matter is stored (including, but not limited to, paper, video, disk or electronic storage media) now, or at any time, in the possession, control or custody of the Judgment Debtor, and/or the Related Parties and their respective counsel. "Document" or "Documents" includes, but is not limited to, all Correspondence, agreements, memoranda, reports, notes, drafts of documents, electronic mail transmissions or "e-mail" (wherever located, however stored or archived), internal communications, interoffice communications, telegrams, letters, directives, bulletins, accounts, vouchers, invoices, bills, ledgers, financial statements, analyses, estimates, maps, charts, graphs, drawings, work sheets, minutes, and summaries of meetings, conversations, or communications of any type, including telephone conversations, electronically stored information, programs, and information stored on CD-ROM, tape and/or other media, or any other item on which or from which information, communications or data may be perceived or obtained.

**FINANCIAL STATEMENT.** "Financial Statement" shall include any written representation by the Judgment Debtor or any Related Parties to any creditor of the Judgment Debtor or any Related Party, or to any Person or other entity from which the Judgment Debtor or any Related Party was or is seeking credit.

**INSIDER.** "Insider" shall have the meaning set forth in 11 U.S.C. §101(31).

**JUDGMENT DEBTOR.** "Judgment Debtor" shall mean the person named on the Citation to Discovery Assets.

**PERSON(S).** "Person" shall mean any natural individual in any capacity whatsoever or any entity or organization, including divisions, departments, and other units therein and shall

1

include, but not be limited to, a public or private corporation, limited liability company, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau, or department.

**REAL ESTATE.** "Real Estate" shall mean all real estate including but is not limited to whole or fractional interests, present or future interests, interests in limited or general partnerships which hold interests in real estate, and beneficial interests in a land trust.

**RELATED PARTIES.** "Related Parties" shall mean and refer to (collectively and individually) any Person or Trust or any similar association in which the Judgment Debtor may have, has, or had an interest.

**RELATE TO.** "Relate to" (or any similar form of the phrase "Relate to") shall mean any and all materials of any kind or nature that consist of, refer to (directly or indirectly), reflect or be in any way logically or factually connected with the matter and/or parties discussed, and shall be construed in the singular or plural as appropriate.

**REQUEST PERIOD.** "Request Period" shall mean the period beginning on April 12, 2017 and continue through and including the present. All Document requests herein shall cover the Request Period unless otherwise stated.

**SECURITIES.** "Securities" shall include any stocks, bonds, mutual funds, commodity accounts, options or futures accounts, or any other property constituting a "security" under the Securities Act of 1933, as amended or any state securities laws, or other evidence of direct or indirect interest of the Judgment Debtor or Related Parties therein.

**TRUSTS.** "Trusts" shall include any trust created by the Judgment Debtor, Related Parties or another in which the Judgment Debtor or any Related Parties may have or had any interest, whether present, future, vested or contingent, including, but not limited to, any trust created by the Judgment Debtor, any Related Parties or another by written or verbal agreement with any Person whether such is identified as "trustee", "agent", "nominee" or in any other fashion.

## B.    **DOCUMENTS AND INFORMATION REQUESTED**

1.     All Documents (including, without limitation, cancelled checks, bank statements, check registers) Related to any and all Bank Accounts on which the Judgment Debtor or the Related Parties were a signatory during the Request Period or in which the Judgment Debtor or the Related Parties may have or had any interest during the Request Period.

2.     All Documents Relating to any safe deposit box registered in the name of the Judgment Debtor alone, any of the Related Parties, or the Judgment Debtor or any of the Related Parties with another or others.

3. Copies of all Financial Statements prepared during or Relating to the Request Period, and copies of all Documents Relating to the financial condition of the Judgment Debtor or any Related Parties during the Request Period.

4. Copies of all Federal and State income tax returns filed by or on behalf of the Judgment Debtor's or any of the Related Parties' behalf during the Request Period.

5. All Documents Relating to Securities registered in the name of the Judgment Debtor or the Related Parties, or in which the Judgment Debtor may have or had any interest, or Relating to Securities held by, or on behalf of, the Judgment Debtor or Related Parties for any other Person.

6. All Documents (including appraisals) Relating to any Real Estate owned by the Judgment Debtor or any Related Parties in which the Judgment Debtor or any Related Parties directly, indirectly, or in any manner or fashion may have or had an interest. This request shall include beneficial interests of the Judgment Debtor and/or Related Parties in any land trusts.

7. Any vehicles owned by the Judgment Debtor or any Related Parties, or in which the Judgment Debtor or any Related Parties directly, indirectly, or in any manner or fashion may have or had an interest.

8. All Documents, Corporate Books and Records, and/or Correspondence Relating to Trusts in which the Judgment Debtor or any Related Parties may have or had any interest, whether as grantor, beneficiary or otherwise, and all State and Federal Income Tax Returns for each said Trust.

9. All insurance policies and records thereof in which the Judgment Debtor or any Related Parties has an interest as owner or beneficiary or under which the Judgment Debtor or any Related Party is the insured.

10. All Documents (including appraisals) and/or Correspondence Relating to any interest in any assets, other than those requested by nos. 6-10 above, in which the Judgment Debtor may have an interest, in whole or in part, situated anywhere in the United States or any foreign country including, but not limited to:

a. Any amount due, or to become due to the Judgment Debtor from any Person for whatever reason, whether contingent or otherwise; and

b. All leases, contracts, equipment, inventory, jewelry, currency, art work, furniture or any other tangible or intangible personal property of any kind or nature.

11. All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets by the Judgment Debtor made other than in the ordinary course of business during the Request Period to any Person, which transfers shall include, without limitation: (a) any such transfers to any Insider of the Judgment Debtor or any Related Party; (b) any such transfer to any Person for less than reasonably equivalent value in exchange for such

transfer; (c) any sale of assets to any Person that was made other than in the ordinary course of business; (d) any dividends made to any shareholders, members, or other Persons having an ownership interest in any of the Related Parties; and (e) all loans made to any Person.

12.     All Documents and/or Correspondence evidencing or otherwise Relating to the incurrence of any obligation by the Judgment Debtor or any of the Related Parties, that was incurred other than in the ordinary course of business during the Request Period, which obligation shall include, without limitation, (a) the incurrence of an obligation to any Party for less than reasonably equivalent value in exchange for such obligation; and (b) any guaranty agreements executed by the Judgment Debtor or any of the Related Parties.

13.     All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets by the Judgment Debtor made on or after April 12, 2017 to any Insider for or on account of an antecedent debt owed by the Judgment Debtor before such transfer was made.

14.     All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets totaling more than $5,000 in value made by the Judgment Debtor on or after April 12, 2017, to any Person for or on account of an antecedent debt owed by the Judgment Debtor before such transfer was made.

15.     All Documents Relating to the salary, bonuses, or other forms of compensation paid to the Judgment Debtor during the Request Period.

16.     All Documents Relating to any liens or encumbrances affecting any assets of the Judgment Debtor, and the amount of the indebtedness secured by such liens or encumbrances.

17.     All Documents concerning any pending litigation in which the Judgment Debtor is a party.

18.     A list of all current creditors of the Judgment Debtor, including their address, and the amount of their claim if such claim is undisputed, liquidated, and noncontingent.

(End of Document)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | CITATION TO DISCOVER ASSETS TO DEBTOR | For Court Use Only |
|---|---|---|
| Cook ▼ COUNTY | | |

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where the case was filed. | Deon Patrick | |
| | **Plaintiff** *(First, middle, last name)* | |
| Enter the name of the plaintiff. | v. | |
| Enter the name of the defendant. | Michael Berti | 14 cv 3658 |
| | **Defendant** *(First, middle, last name)* | **Case Number** |
| Enter the case number. | | |

---

In **1**, if the debtor is a person, enter the address where the debtor can be served. If the debtor is a business, enter the name of the registered agent, and the address for service. The registered agent can be found on the Illinois Secretary of State's website.

**1.  Name and address of debtor:**

Michael Berti
*Debtor's name*

c/o counsel Borkan and Scahill, 20 South Clark Suite 1700
*Street, Apt #*

Chicago, IL  60603
*City*                                    *State*                        *ZIP*

---

In **2**, enter courtroom number, date and time of the court date, and address of the courthouse.

**2.  You must come to courtroom** 1801 **on**
*Number*

Thursday, July 12                    9:30              ☑ a.m.  ☐ p.m.
*Date*                                        *Time*

The address of the court is:  219 S. Dearborn Street
*Street*

Chicago, IL 60604
*City*                                    *State*                        *ZIP*

---

**Notice to Debtor**

- If you do not come to the court date listed above in section 2, the judge may issue a rule to show case which will require you to come to court.
- On the rule to show cause court date, you will have to explain why you did not come to court on the citation court date, and why you should not be found in contempt of court.
- If you do not come to the rule to show cause court date, the judge may find you in contempt, and you may be arrested and jailed.

---

**3.  At your *Citation* hearing, you will be asked about your property and income. You will be sworn to tell the truth.**

In 4a, enter the date of the judgment. If the judgment has been revived (renewed), enter that date.

**4.  Information about what you owe:**
   a.  A judgment was entered or renewed against you on   April 12, 2017   .
                                                                            *Date*

In 4b, enter the amount of the judgment.

   b.  The amount of the judgment is   $ 10,000.00   .

---

SC-C 1803.1                          Page 1 of 6                          (03/18)

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

c. The current amount that remains to be paid, including the creditor's court costs and post judgment interest, minus any payments you have made, is $10,126.17 plus court costs of this proceeding.

5. **You are ordered to bring these documents at the court date**:
   - Federal and state income taxes for the last 2 years;
   - Recent pay stubs or proof of income;
   - Bank records;
   - Title to motor vehicles;
   - Deed to any property you own; AND
   - Insurance policies.
   - Other: See Attached Rider

6. **At the court date, you have the right to claim certain protections (exemptions).**
   **If you claim an exemption, the income or property covered by that exemption cannot be taken to pay the judgment. Here are some exemptions you may be able to claim:**
   1. Money or belongings up to $4,000 ("wildcard exemption");
   2. Social Security and Supplemental Security Income (SSI) benefits;
   3. Public assistance benefits;
   4. Child support;
   5. Unemployment compensation benefits;
   6. Workers' compensation benefits;
   7. Veterans' benefits;
   8. Circuit breaker property tax relief benefits;
   9. Your equity interest, up to $2,400, in any one motor vehicle;
   10. Your equity interest, up to $1,500, in any professional books, or tools of your trade;
   11. Pension and retirement benefits and refunds; AND
   12. Your equity interest, up to $15,000, in the house you live in.

7. **There are specific exemptions for wages.** Under Illinois law, the amount of wages that may be taken to pay a judgment is limited to the lower of: 1) 15% of your gross wages, or 2) the amount by which your weekly wages, after deductions for taxes and other allowed deductions, is greater than 45 times the minimum wage (currently $371.25 for one week; $742.50 for two weeks; $804.37 for semi-monthly wages; and $1608.75 for a month). Federal law allows the lesser of: 1) 25% of disposable wages; or 2) the amount by which disposable earnings of a week is greater than 30 times the federal minimum wage.

**I certify that everything in the *Citation to Discover Assets to Debtor* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

/s/ _____  
*Your Signature*

Stuart J. Chanen  
*Print Your Name*

219 North Jefferson Street  
*Street Address*

Chicago, IL 60661  
*City, State, ZIP*

(312) 676-5480  
*Telephone*

**Side notes (left margin):**

In 4c, enter how much money is still owed to you. You can include the judgment amount, your court costs (like filing fees, service fees, sheriff's fee, etc.), and post judgment interest of 9% per year. Subtract any payments made by the debtor.

In 5, enter any other document that the debtor should bring to court showing their income, property, or belongings.

Equity interest is the money you would get if you sold your property and paid off any outstanding loans.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter the Case Number given by the Circuit Clerk: 14 cv 3658 _____

| **STOP!**<br>The Circuit Clerk will<br>fill in this section. | Witness this Date: _____ |
|---|---|
| | Clerk of the Court: _____ |

*Seal of Court*

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| STATE OF ILLINOIS, CIRCUIT COURT | INCOME AND PROPERTY STATEMENT (TO BE FILLED OUT BY DEBTOR) | For Court Use Only |
|---|---|---|

Cook ▼ COUNTY

**Instructions ▼**

**To creditor:** Fill out this section in the same way you did on page 1.

Deon Patrick
_____
**Plaintiff** *(First, middle, last name)*

v.

**To debtor:** fill out pages 4-6 and sign below.

Michael Berti
_____
**Defendant** *(First, middle, last name)*

14 cv 3658
_____
**Case Number**

| **Notice to Debtor:** | 1. Fill out this form and bring it with you to court; AND |
|---|---|
| | 2. Bring documents you have to support the information you listed in the form. |

In **1a, 1b** and **1c** enter your full name, phone number and current address.

In **1d**, enter your Driver's License Number if you have one.

In **1e**, enter the last 4 digits your social security number.

In **1f**, enter your date of birth.

In **1g**, check your marital status.

In **2a** and **2b**, enter the number of people living in your house who you support. Support means that the people rely on you financially.

In **3**, check yes if you are employed.

In **3a**, if you receive unemployment, check the box and enter the amount of unemployment you receive.

In **3b**, check the box that applies to you.

In **3c** and **3d** enter the company's name and address.

In **3e**, enter the gross amount (before taxes) for your income.

1. **I am providing the following information about myself:**
   a. Name: _____
      *First*          *Middle*          *Last*
   b. Phone Number: _____
   c. Home Address: _____
      *Street Address, Apt.*

      _____
      *City*          *State*          *ZIP*
   d. Driver's License Number: _____
   e. Social Security Number *(last 4 digits)*: _____
   f. Date of Birth: _____
   g. I am ☐ married ☐ single ☐ divorced

2. **I am providing the following information about the people who live with me:**
   a. I support _____ adults *(not counting myself)* who live with me.
   b. I support _____ children under 18 who live with me.

3. **I am employed.** ☐ No *(answer 3a and skip to 4)*  ☐ Yes *(skip to 3b and complete the rest)*
   a. I receive unemployment. ☐ Yes ☐ No
      I receive $_____ in unemployment payments.
   b. If yes, ☐ I am self-employed ☐ I work for someone else
   c. Company's name: _____
   d. Company's address: _____
      *Street Address*

      _____
      *City*          *State*          *ZIP*
   e. Income: $_____ per month

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

<table>
<tr><td>

In **4**, check the box for each type of money you have received in the past month. The creditor may not use court proceedings to take any money you get from these sources.

</td><td>

**4. I receive 1 or more of the following:**

☐ **Yes** *(check all that apply)* ☐ **No**

   ☐ General Assistance (GA)
   ☐ Social Security
   ☐ Supplemental Security Income (SSI)
   ☐ Food Stamps (SNAP)
   ☐ State Children & Family Assistance
   ☐ Temporary Assistance to Needy Families (TANF)
   ☐ Aid to the Aged, Blind and Disabled (AABD)
   ☐ Unemployment
   ☐ Pension
   ☐ Other:

</td></tr>
</table>

In **5**, check if you own real estate.

In **5a**, list the address of the property you own and check the box if there is a mortgage on the property.

In **5b**, list the address of any additional property you own and check the box if there is a mortgage on the property.

**5. I own real estate:** ☐ **Yes** ☐ **No**

  a. I own property at: _____
       *Street Address, Apt.*

  _____
  *City*        *State*     *ZIP*
  ☐ There is a mortgage on my property.

  b. I own property at: _____
       *Street Address, Apt.*

  _____
  *City*        *State*     *ZIP*
  ☐ There is a mortgage on my property.

In **6**, check if you have any of the listed accounts and provide the information about each account, but do not list account numbers.

**6. I have checking, savings, money market, certificates of deposit, safety deposit boxes, or other bank or credit union accounts:** ☐ **Yes** ☐ **No**

| | Name of Bank or Institution | Names on Accounts | Account Type | Balance |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |
| 3. | | | | $ |
| 4. | | | | $ |

In **7**, check if you have any motor vehicles and provide the information about each vehicle. For Balance, fill in the amount remaining on your loan.

**7. I have motor vehicles** *(Cars, boats, trailers, motorcycles etc.)*: ☐ **Yes** ☐ **No**

| | Year, Make, and Model | Title in Name of | Monthly payment | Balance |
|---|---|---|---|---|
| 1. | | | $ | $ |
| 2. | | | $ | $ |
| 3. | | | $ | $ |
| 4. | | | $ | $ |

In **8**, check yes if you own other property such as jewelry, electronics, tools, etc.

**8. I own other property:** ☐ **Yes** ☐ **No**

The property is *(describe and include its total value )*: $ _____

_____
_____
_____
_____
_____

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.** |
|---|---|

_____          _____
*Your Signature*                              *Street Address*

_____          _____
*Print Your Name*                            *City, State, ZIP*

_____
*Telephone*

After you finish this form, sign and print your name.

Enter your complete current address and telephone number.

Mail or hand-deliver a copy of this completed *Answer* to the Circuit Clerk, plaintiff, and debtor.

## RIDER TO CITATION TO DISCOVER ASSETS

A.   **DEFINITIONS** -   Unless stated otherwise herein, the capitalized terms in this Rider to Citation To Discover Assets shall have the meaning set forth below in this section A.

**BANK ACCOUNTS.** "Bank Accounts" shall include any checking account, savings account, certificate of deposit or other arrangement with a bank, savings association or credit union, whether registered in the name of the Judgment Debtor or any Related Parties, and any Person, Trust or other entity in which the Judgment Debtor may have or had an interest, or have or had authority to represent in connection therewith.

**CORRESPONDENCE.** "Correspondence" shall include all statements of any kind, whether written, stenographic, recorded, in the form of a letter, memo, e-mails, facsimile transmissions, telegrams, advertisements and each and every incident in which information is transmitted in writing, electronic mail, or any other form (i) between the Judgment Debtor and/or Related Parties, and any other Person; or (ii) in any way Relating to the Judgment Debtor or Related Parties.

**DOCUMENTS.** "Documents" shall mean the original and each-non identical copy of all written, printed, typed, or other graphic matter, regardless of the medium or manner in which such matter is stored (including, but not limited to, paper, video, disk or electronic storage media) now, or at any time, in the possession, control or custody of the Judgment Debtor, and/or the Related Parties and their respective counsel. "Document" or "Documents" includes, but is not limited to, all Correspondence, agreements, memoranda, reports, notes, drafts of documents, electronic mail transmissions or "e-mail" (wherever located, however stored or archived), internal communications, interoffice communications, telegrams, letters, directives, bulletins, accounts, vouchers, invoices, bills, ledgers, financial statements, analyses, estimates, maps, charts, graphs, drawings, work sheets, minutes, and summaries of meetings, conversations, or communications of any type, including telephone conversations, electronically stored information, programs, and information stored on CD-ROM, tape and/or other media, or any other item on which or from which information, communications or data may be perceived or obtained.

**FINANCIAL STATEMENT.** "Financial Statement" shall include any written representation by the Judgment Debtor or any Related Parties to any creditor of the Judgment Debtor or any Related Party, or to any Person or other entity from which the Judgment Debtor or any Related Party was or is seeking credit.

**INSIDER.** "Insider" shall have the meaning set forth in 11 U.S.C. §101(31).

**JUDGMENT DEBTOR.** "Judgment Debtor" shall mean the person named on the Citation to Discovery Assets.

**PERSON(S).** "Person" shall mean any natural individual in any capacity whatsoever or any entity or organization, including divisions, departments, and other units therein and shall

1

include, but not be limited to, a public or private corporation, limited liability company, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau, or department.

**REAL ESTATE.** "Real Estate" shall mean all real estate including but is not limited to whole or fractional interests, present or future interests, interests in limited or general partnerships which hold interests in real estate, and beneficial interests in a land trust.

**RELATED PARTIES.** "Related Parties" shall mean and refer to (collectively and individually) any Person or Trust or any similar association in which the Judgment Debtor may have, has, or had an interest.

**RELATE TO.** "Relate to" (or any similar form of the phrase "Relate to") shall mean any and all materials of any kind or nature that consist of, refer to (directly or indirectly), reflect or be in any way logically or factually connected with the matter and/or parties discussed, and shall be construed in the singular or plural as appropriate.

**REQUEST PERIOD.** "Request Period" shall mean the period beginning on April 12, 2017 and continue through and including the present. All Document requests herein shall cover the Request Period unless otherwise stated.

**SECURITIES.** "Securities" shall include any stocks, bonds, mutual funds, commodity accounts, options or futures accounts, or any other property constituting a "security" under the Securities Act of 1933, as amended or any state securities laws, or other evidence of direct or indirect interest of the Judgment Debtor or Related Parties therein.

**TRUSTS.** "Trusts" shall include any trust created by the Judgment Debtor, Related Parties or another in which the Judgment Debtor or any Related Parties may have or had any interest, whether present, future, vested or contingent, including, but not limited to, any trust created by the Judgment Debtor, any Related Parties or another by written or verbal agreement with any Person whether such is identified as "trustee", "agent", "nominee" or in any other fashion.

## B.   DOCUMENTS AND INFORMATION REQUESTED

1.   All Documents (including, without limitation, cancelled checks, bank statements, check registers) Related to any and all Bank Accounts on which the Judgment Debtor or the Related Parties were a signatory during the Request Period or in which the Judgment Debtor or the Related Parties may have or had any interest during the Request Period.

2.   All Documents Relating to any safe deposit box registered in the name of the Judgment Debtor alone, any of the Related Parties, or the Judgment Debtor or any of the Related Parties with another or others.

3.     Copies of all Financial Statements prepared during or Relating to the Request Period, and copies of all Documents Relating to the financial condition of the Judgment Debtor or any Related Parties during the Request Period.

4.     Copies of all Federal and State income tax returns filed by or on behalf of the Judgment Debtor's or any of the Related Parties' behalf during the Request Period.

5.     All Documents Relating to Securities registered in the name of the Judgment Debtor or the Related Parties, or in which the Judgment Debtor may have or had any interest, or Relating to Securities held by, or on behalf of, the Judgment Debtor or Related Parties for any other Person.

6.     All Documents (including appraisals) Relating to any Real Estate owned by the Judgment Debtor or any Related Parties in which the Judgment Debtor or any Related Parties directly, indirectly, or in any manner or fashion may have or had an interest.  This request shall include beneficial interests of the Judgment Debtor and/or Related Parties in any land trusts.

7.     Any vehicles owned by the Judgment Debtor or any Related Parties, or in which the Judgment Debtor or any Related Parties directly, indirectly, or in any manner or fashion may have or had an interest.

8.     All Documents, Corporate Books and Records, and/or Correspondence Relating to Trusts in which the Judgment Debtor or any Related Parties may have or had any interest, whether as grantor, beneficiary or otherwise, and all State and Federal Income Tax Returns for each said Trust.

9.     All insurance policies and records thereof in which the Judgment Debtor or any Related Parties has an interest as owner or beneficiary or under which the Judgment Debtor or any Related Party is the insured.

10.     All Documents (including appraisals) and/or Correspondence Relating to any interest in any assets, other than those requested by nos. 6-10 above, in which the Judgment Debtor may have an interest, in whole or in part, situated anywhere in the United States or any foreign country including, but not limited to:

a.     Any amount due, or to become due to the Judgment Debtor from any Person for whatever reason, whether contingent or otherwise; and

b.     All leases, contracts, equipment, inventory, jewelry, currency, art work, furniture or any other tangible or intangible personal property of any kind or nature.

11.     All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets by the Judgment Debtor made other than in the ordinary course of business during the Request Period to any Person, which transfers shall include, without limitation: (a) any such transfers to any Insider of the Judgment Debtor or any Related Party; (b) any such transfer to any Person for less than reasonably equivalent value in exchange for such

3

transfer; (c) any sale of assets to any Person that was made other than in the ordinary course of business; (d) any dividends made to any shareholders, members, or other Persons having an ownership interest in any of the Related Parties; and (e) all loans made to any Person.

12.     All Documents and/or Correspondence evidencing or otherwise Relating to the incurrence of any obligation by the Judgment Debtor or any of the Related Parties, that was incurred other than in the ordinary course of business during the Request Period, which obligation shall include, without limitation, (a) the incurrence of an obligation to any Party for less than reasonably equivalent value in exchange for such obligation; and (b) any guaranty agreements executed by the Judgment Debtor or any of the Related Parties.

13.     All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets by the Judgment Debtor made on or after April 12, 2017 to any Insider for or on account of an antecedent debt owed by the Judgment Debtor before such transfer was made.

14.     All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets totaling more than $5,000 in value made by the Judgment Debtor on or after April 12, 2017, to any Person for or on account of an antecedent debt owed by the Judgment Debtor before such transfer was made.

15.     All Documents Relating to the salary, bonuses, or other forms of compensation paid to the Judgment Debtor during the Request Period.

16.     All Documents Relating to any liens or encumbrances affecting any assets of the Judgment Debtor, and the amount of the indebtedness secured by such liens or encumbrances.

17.     All Documents concerning any pending litigation in which the Judgment Debtor is a party.

18.     A list of all current creditors of the Judgment Debtor, including their address, and the amount of their claim if such claim is undisputed, liquidated, and noncontingent.

(End of Document)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | CITATION TO DISCOVER ASSETS TO DEBTOR | For Court Use Only |
|---|---|---|
| Cook ▼ COUNTY | | |

| **Instructions ▼** | | |
|---|---|---|
| Directly above, enter the name of the county where the case was filed. | Deon Patrick | |
| | **Plaintiff** *(First, middle, last name)* | |
| Enter the name of the plaintiff. | | |
| Enter the name of the defendant. | v. | |
| | Ricardo Abreu | 14 cv 3658 |
| Enter the case number. | **Defendant** *(First, middle, last name)* | **Case Number** |

1. **Name and address of debtor:**

In **1**, if the debtor is a person, enter the address where the debtor can be served. If the debtor is a business, enter the name of the registered agent, and the address for service. The registered agent can be found on the Illinois Secretary of State's website.

Ricardo Abreu
*Debtor's name*

c/o counsel Borkan and Scahill, 20 South Clark Suite 1700
*Street, Apt #*

Chicago, IL  60603
*City*                           *State*                           *ZIP*

2. **You must come to courtroom** 1801 **on**
*Number*

In **2**, enter courtroom number, date and time of the court date, and address of the courthouse.

Thursday, July 12 _____ 9:30 _____ ☑ a.m. ☐ p.m.
*Date*                                    *Time*

The address of the court is: 219 S. Dearborn Street
*Street*

Chicago, IL 60604
*City*                           *State*                           *ZIP*

| **Notice to Debtor** | • If you do not come to the court date listed above in section 2, the judge may issue a rule to show case which will require you to come to court. <br> • On the rule to show cause court date, you will have to explain why you did not come to court on the citation court date, and why you should not be found in contempt of court. <br> • If you do not come to the rule to show cause court date, the judge may find you in contempt, and you may be arrested and jailed. |
|---|---|

3. **At your** *Citation* **hearing, you will be asked about your property and income. You will be sworn to tell the truth.**

4. **Information about what you owe:**

In **4a**, enter the date of the judgment. If the judgment has been revived (renewed), enter that date.

   a.  A judgment was entered or renewed against you on ___April 12, 2017___
   *Date*

In **4b**, enter the amount of the judgment.

   b.  The amount of the judgment is  $ 15,000.00 .

SC-C 1803.1                          Page 1 of 6                          (03/18)

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

In 4c, enter how much money is still owed to you. You can include the judgment amount, your court costs (like filing fees, service fees, sheriff's fee, etc.), and post judgment interest of 9% per year. Subtract any payments made by the debtor.

c. The current amount that remains to be paid, including the creditor's court costs and post judgment interest, minus any payments you have made, is $15,189.25 plus court costs of this proceeding.

5. **You are ordered to bring these documents at the court date:**
   - Federal and state income taxes for the last 2 years;
   - Recent pay stubs or proof of income;
   - Bank records;
   - Title to motor vehicles;
   - Deed to any property you own; AND
   - Insurance policies.
   - Other: See Attached Rider

In 5, enter any other document that the debtor should bring to court showing their income, property, or belongings.

6. **At the court date, you have the right to claim certain protections (exemptions). If you claim an exemption, the income or property covered by that exemption cannot be taken to pay the judgment. Here are some exemptions you may be able to claim:**
   1. Money or belongings up to $4,000 ("wildcard exemption");
   2. Social Security and Supplemental Security Income (SSI) benefits;
   3. Public assistance benefits;
   4. Child support;
   5. Unemployment compensation benefits;
   6. Workers' compensation benefits;
   7. Veterans' benefits;
   8. Circuit breaker property tax relief benefits;
   9. Your equity interest, up to $2,400, in any one motor vehicle;
   10. Your equity interest, up to $1,500, in any professional books, or tools of your trade;
   11. Pension and retirement benefits and refunds; AND
   12. Your equity interest, up to $15,000, in the house you live in.

Equity interest is the money you would get if you sold your property and paid off any outstanding loans.

7. **There are specific exemptions for wages.** Under Illinois law, the amount of wages that may be taken to pay a judgment is limited to the lower of: 1) 15% of your gross wages, or 2) the amount by which your weekly wages, after deductions for taxes and other allowed deductions, is greater than 45 times the minimum wage (currently $371.25 for one week; $742.50 for two weeks; $804.37 for semi-monthly wages; and $1608.75 for a month). Federal law allows the lesser of: 1) 25% of disposable wages; or 2) the amount by which disposable earnings for a week is greater than 30 times the federal minimum wage.

**I certify that everything in the *Citation to Discover Assets to Debtor* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

/s/
*Your Signature*                              219 North Jefferson Street
                                              *Street Address*

Stuart J. Chanen                              Chicago, IL 60661
*Print Your Name*                             *City, State, ZIP*

                                              (312) 676-5480
                                              *Telephone*

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter the Case Number given by the Circuit Clerk: 14 cv 3658 _____

| **STOP!** | **Witness this Date:** _____ | *Seal of Court* |
| The Circuit Clerk will fill in this section. | **Clerk of the Court:** _____ | |

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| STATE OF ILLINOIS, CIRCUIT COURT | INCOME AND PROPERTY STATEMENT | For Court Use Only |
|---|---|---|
| Cook ▼ COUNTY | (TO BE FILLED OUT BY DEBTOR) | |

| Instructions ▼ | Deon Patrick | |
|---|---|---|
| **To creditor:** Fill out this section in the same way you did on page 1. | **Plaintiff** *(First, middle, last name)* | |
| | v. | |
| **To debtor:** fill out pages 4-6 and sign below. | Ricardo Abreu | 14 cv 3658 |
| | **Defendant** *(First, middle, last name)* | **Case Number** |

| **Notice to Debtor:** | 1. Fill out this form and bring it with you to court; AND |
|---|---|
| | 2. Bring documents you have to support the information you listed in the form. |

In **1a**, **1b** and **1c** enter your full name, phone number and current address.

**1.** **I am providing the following information about myself:**
   a. Name: _____
          *First*        *Middle*        *Last*

In **1d**, enter your Driver's License Number if you have one.

   b. Phone Number: _____
   c. Home Address: _____
               *Street Address, Apt.*

In **1e**, enter the last 4 digits your social security number.

   _____
   *City*          *State*          *ZIP*
   d. Driver's License Number: _____

In **1f**, enter your date of birth.

   e. Social Security Number *(last 4 digits)*: _____
   f. Date of Birth: _____

In **1g**, check your marital status.

   g. I am ☐ married   ☐ single   ☐ divorced

In **2a** and **2b**, enter the number of people living in your house who you support. Support means that the people rely on you financially.

**2.** **I am providing the following information about the people who live with me:**
   a. I support _____ adults *(not counting myself)* who live with me.
   b. I support _____ children under 18 who live with me.

In **3**, check yes if you are employed.

**3.** **I am employed.** ☐ **No** *(answer 3a and skip to 4)*    ☐ **Yes** *(skip to 3b and complete the rest)*
   a. I receive unemployment. ☐ Yes   ☐ No

In **3a**, if you receive unemployment, check the box and enter the amount of unemployment you receive.

   I receive   $_____ in unemployment payments.
   b. If yes, ☐ I am self-employed   ☐ I work for someone else

In **3b**, check the box that applies to you.

   c. Company's name: _____
   d. Company's address: _____
                   *Street Address*

In **3c** and **3d** enter the company's name and address.

   _____
   *City*          *State*          *ZIP*

In **3e**, enter the gross amount (before taxes) for your income.

   e. Income: $_____ per month

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

<table>
<tr><td>In **4**, check the box for each type of money you have received in the past month. The creditor may not use court proceedings to take any money you get from these sources.</td></tr>
</table>

**4.  I receive 1 or more of the following:**

☐ **Yes** *(check all that apply)*  ☐ **No**

    ☐ General Assistance (GA)
    ☐ Social Security
    ☐ Supplemental Security Income (SSI)
    ☐ Food Stamps (SNAP)
    ☐ State Children & Family Assistance
    ☐ Temporary Assistance to Needy Families (TANF)
    ☐ Aid to the Aged, Blind and Disabled (AABD)
    ☐ Unemployment
    ☐ Pension
    ☐ Other: _____

<table>
<tr><td>In **5**, check if you own real estate.</td></tr>
<tr><td>In **5a**, list the address of the property you own and check the box if there is a mortgage on the property.</td></tr>
<tr><td>In **5b**, list the address of any additional property you own and check the box if there is a mortgage on the property.</td></tr>
</table>

**5.  I own real estate:**  ☐ **Yes**  ☐ **No**

    a.  I own property at: _____
                     *Street Address, Apt.*

    _____
    *City*                       *State*        *ZIP*
    ☐ There is a mortgage on my property.

    b.  I own property at: _____
                      *Street Address, Apt.*

    _____
    *City*                       *State*        *ZIP*
    ☐ There is a mortgage on my property.

<table>
<tr><td>In **6**, check if you have any of the listed accounts and provide the information about each account, but do not list account numbers.</td></tr>
</table>

**6.  I have checking, savings, money market, certificates of deposit, safety deposit boxes, or other bank or credit union accounts:**  ☐ **Yes**  ☐ **No**

|   | Name of Bank or Institution | Names on Accounts | Account Type | Balance |
|---|---|---|---|---|
| 1. |  |  |  | $ |
| 2. |  |  |  | $ |
| 3. |  |  |  | $ |
| 4. |  |  |  | $ |

<table>
<tr><td>In **7**, check if you have any motor vehicles and provide the information about each vehicle. For Balance, fill in the amount remaining on your loan.</td></tr>
</table>

**7.  I have motor vehicles** *(Cars, boats, trailers, motorcycles etc.)*:  ☐ **Yes**  ☐ **No**

|   | Year, Make, and Model | Title in Name of | Monthly payment | Balance |
|---|---|---|---|---|
| 1. |  |  | $ | $ |
| 2. |  |  | $ | $ |
| 3. |  |  | $ | $ |
| 4. |  |  | $ | $ |

<table>
<tr><td>In **8**, check yes if you own other property such as jewelry, electronics, tools, etc.</td></tr>
</table>

**8.  I own other property:**  ☐ **Yes**  ☐ **No**

    The property is *(describe and include its total value )*: $ _____

_____
_____
_____
_____
_____

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| Under the Code of Civil Procedure, <u>735 ILCS 5/1-109</u>, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under <u>735 ILCS 5/1-109</u>.** |

| After you finish this form, sign and print your name. |

_____    _____
*Your Signature*                                      *Street Address*

_____    _____
*Print Your Name*                                   *City, State, ZIP*

| Enter your complete current address and telephone number. |

_____
*Telephone*

| Mail or hand-deliver a copy of this completed *Answer* to the Circuit Clerk, plaintiff, and debtor. |

## RIDER TO CITATION TO DISCOVER ASSETS

**A.**   **DEFINITIONS** -   Unless stated otherwise herein, the capitalized terms in this Rider to Citation To Discover Assets shall have the meaning set forth below in this section A.

**BANK ACCOUNTS.** "Bank Accounts" shall include any checking account, savings account, certificate of deposit or other arrangement with a bank, savings association or credit union, whether registered in the name of the Judgment Debtor or any Related Parties, and any Person, Trust or other entity in which the Judgment Debtor may have or had an interest, or have or had authority to represent in connection therewith.

**CORRESPONDENCE.** "Correspondence" shall include all statements of any kind, whether written, stenographic, recorded, in the form of a letter, memo, e-mails, facsimile transmissions, telegrams, advertisements and each and every incident in which information is transmitted in writing, electronic mail, or any other form (i) between the Judgment Debtor and/or Related Parties, and any other Person; or (ii) in any way Relating to the Judgment Debtor or Related Parties.

**DOCUMENTS.** "Documents" shall mean the original and each-non identical copy of all written, printed, typed, or other graphic matter, regardless of the medium or manner in which such matter is stored (including, but not limited to, paper, video, disk or electronic storage media) now, or at any time, in the possession, control or custody of the Judgment Debtor, and/or the Related Parties and their respective counsel. "Document" or "Documents" includes, but is not limited to, all Correspondence, agreements, memoranda, reports, notes, drafts of documents, electronic mail transmissions or "e-mail" (wherever located, however stored or archived), internal communications, interoffice communications, telegrams, letters, directives, bulletins, accounts, vouchers, invoices, bills, ledgers, financial statements, analyses, estimates, maps, charts, graphs, drawings, work sheets, minutes, and summaries of meetings, conversations, or communications of any type, including telephone conversations, electronically stored information, programs, and information stored on CD-ROM, tape and/or other media, or any other item on which or from which information, communications or data may be perceived or obtained.

**FINANCIAL STATEMENT.** "Financial Statement" shall include any written representation by the Judgment Debtor or any Related Parties to any creditor of the Judgment Debtor or any Related Party, or to any Person or other entity from which the Judgment Debtor or any Related Party was or is seeking credit.

**INSIDER.** "Insider" shall have the meaning set forth in 11 U.S.C. §101(31).

**JUDGMENT DEBTOR.** "Judgment Debtor" shall mean the person named on the Citation to Discovery Assets.

**PERSON(S).** "Person" shall mean any natural individual in any capacity whatsoever or any entity or organization, including divisions, departments, and other units therein and shall

1

include, but not be limited to, a public or private corporation, limited liability company, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau, or department.

**REAL ESTATE.** "Real Estate" shall mean all real estate including but is not limited to whole or fractional interests, present or future interests, interests in limited or general partnerships which hold interests in real estate, and beneficial interests in a land trust.

**RELATED PARTIES.** "Related Parties" shall mean and refer to (collectively and individually) any Person or Trust or any similar association in which the Judgment Debtor may have, has, or had an interest.

**RELATE TO.** "Relate to" (or any similar form of the phrase "Relate to") shall mean any and all materials of any kind or nature that consist of, refer to (directly or indirectly), reflect or be in any way logically or factually connected with the matter and/or parties discussed, and shall be construed in the singular or plural as appropriate.

**REQUEST PERIOD.** "Request Period" shall mean the period beginning on April 12, 2017 and continue through and including the present. All Document requests herein shall cover the Request Period unless otherwise stated.

**SECURITIES.** "Securities" shall include any stocks, bonds, mutual funds, commodity accounts, options or futures accounts, or any other property constituting a "security" under the Securities Act of 1933, as amended or any state securities laws, or other evidence of direct or indirect interest of the Judgment Debtor or Related Parties therein.

**TRUSTS.** "Trusts" shall include any trust created by the Judgment Debtor, Related Parties or another in which the Judgment Debtor or any Related Parties may have or had any interest, whether present, future, vested or contingent, including, but not limited to, any trust created by the Judgment Debtor, any Related Parties or another by written or verbal agreement with any Person whether such is identified as "trustee", "agent", "nominee" or in any other fashion.

## B.    **DOCUMENTS AND INFORMATION REQUESTED**

1.    All Documents (including, without limitation, cancelled checks, bank statements, check registers) Related to any and all Bank Accounts on which the Judgment Debtor or the Related Parties were a signatory during the Request Period or in which the Judgment Debtor or the Related Parties may have or had any interest during the Request Period.

2.    All Documents Relating to any safe deposit box registered in the name of the Judgment Debtor alone, any of the Related Parties, or the Judgment Debtor or any of the Related Parties with another or others.

3.     Copies of all Financial Statements prepared during or Relating to the Request Period, and copies of all Documents Relating to the financial condition of the Judgment Debtor or any Related Parties during the Request Period.

4.     Copies of all Federal and State income tax returns filed by or on behalf of the Judgment Debtor's or any of the Related Parties' behalf during the Request Period.

5.     All Documents Relating to Securities registered in the name of the Judgment Debtor or the Related Parties, or in which the Judgment Debtor may have or had any interest, or Relating to Securities held by, or on behalf of, the Judgment Debtor or Related Parties for any other Person.

6.     All Documents (including appraisals) Relating to any Real Estate owned by the Judgment Debtor or any Related Parties in which the Judgment Debtor or any Related Parties directly, indirectly, or in any manner or fashion may have or had an interest.  This request shall include beneficial interests of the Judgment Debtor and/or Related Parties in any land trusts.

7.     Any vehicles owned by the Judgment Debtor or any Related Parties, or in which the Judgment Debtor or any Related Parties directly, indirectly, or in any manner or fashion may have or had an interest.

8.     All Documents, Corporate Books and Records, and/or Correspondence Relating to Trusts in which the Judgment Debtor or any Related Parties may have or had any interest, whether as grantor, beneficiary or otherwise, and all State and Federal Income Tax Returns for each said Trust.

9.     All insurance policies and records thereof in which the Judgment Debtor or any Related Parties has an interest as owner or beneficiary or under which the Judgment Debtor or any Related Party is the insured.

10.    All Documents (including appraisals) and/or Correspondence Relating to any interest in any assets, other than those requested by nos. 6-10 above, in which the Judgment Debtor may have an interest, in whole or in part, situated anywhere in the United States or any foreign country including, but not limited to:

a.     Any amount due, or to become due to the Judgment Debtor from any Person for whatever reason, whether contingent or otherwise; and

b.     All leases, contracts, equipment, inventory, jewelry, currency, art work, furniture or any other tangible or intangible personal property of any kind or nature.

11.    All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets by the Judgment Debtor made other than in the ordinary course of business during the Request Period to any Person, which transfers shall include, without limitation: (a) any such transfers to any Insider of the Judgment Debtor or any Related Party; (b) any such transfer to any Person for less than reasonably equivalent value in exchange for such

transfer; (c) any sale of assets to any Person that was made other than in the ordinary course of business; (d) any dividends made to any shareholders, members, or other Persons having an ownership interest in any of the Related Parties; and (e) all loans made to any Person.

12.    All Documents and/or Correspondence evidencing or otherwise Relating to the incurrence of any obligation by the Judgment Debtor or any of the Related Parties, that was incurred other than in the ordinary course of business during the Request Period, which obligation shall include, without limitation, (a) the incurrence of an obligation to any Party for less than reasonably equivalent value in exchange for such obligation; and (b) any guaranty agreements executed by the Judgment Debtor or any of the Related Parties.

13.    All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets by the Judgment Debtor made on or after April 12, 2017 to any Insider for or on account of an antecedent debt owed by the Judgment Debtor before such transfer was made.

14.    All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets totaling more than $5,000 in value made by the Judgment Debtor on or after April 12, 2017, to any Person for or on account of an antecedent debt owed by the Judgment Debtor before such transfer was made.

15.    All Documents Relating to the salary, bonuses, or other forms of compensation paid to the Judgment Debtor during the Request Period.

16.    All Documents Relating to any liens or encumbrances affecting any assets of the Judgment Debtor, and the amount of the indebtedness secured by such liens or encumbrances.

17.    All Documents concerning any pending litigation in which the Judgment Debtor is a party.

18.    A list of all current creditors of the Judgment Debtor, including their address, and the amount of their claim if such claim is undisputed, liquidated, and noncontingent.

(End of Document)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | CITATION TO DISCOVER ASSETS TO DEBTOR | For Court Use Only |
|---|---|---|
| Cook ▼ COUNTY | | |

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where the case was filed. | Deon Patrick | |
| | **Plaintiff** *(First, middle, last name)* | |
| Enter the name of the plaintiff. | | |
| Enter the name of the defendant. | v. | |
| | Sean Glinski | 14 cv 3658 |
| Enter the case number. | **Defendant** *(First, middle, last name)* | **Case Number** |

**In 1**, if the debtor is a person, enter the address where the debtor can be served. If the debtor is a business, enter the name of the registered agent, and the address for service. The registered agent can be found on the Illinois Secretary of State's website.

1. **Name and address of debtor:**

   Sean Glinski
   *Debtor's name*

   c/o counsel Borkan and Scahill, 20 South Clark Suite 1700
   *Street, Apt #*

   Chicago, IL  60603
   *City*                              *State*                              *ZIP*

**In 2**, enter courtroom number, date and time of the court date, and address of the courthouse.

2. **You must come to courtroom** 1801 **on**
   *Number*

   Thursday, July 12                    9:30                    ☑ a.m.   ☐ p.m.
   *Date*                                *Time*

   The address of the court is: 219 S. Dearborn Street
                                *Street*

   Chicago, IL 60604
   *City*                              *State*                              *ZIP*

**Notice to Debtor**
- If you do not come to the court date listed above in section 2, the judge may issue a rule to show case which will require you to come to court.
- On the rule to show cause court date, you will have to explain why you did not come to court on the citation court date, and why you should not be found in contempt of court.
- If you do not come to the rule to show cause court date, the judge may find you in contempt, and you may be arrested and jailed.

3. **At your *Citation* hearing, you will be asked about your property and income. You will be sworn to tell the truth.**

**In 4a**, enter the date of the judgment. If the judgment has been revived (renewed), enter that date.

4. **Information about what you owe:**
   a. A judgment was entered or renewed against you on   April 12, 2017
                                                          *Date*

**In 4b**, enter the amount of the judgment.

   b. The amount of the judgment is   $ 10,000.00 .

Enter the Case Number given by the Circuit Clerk: <u>14 cv 3658</u>

In **4c**, enter how much money is still owed to you. You can include the judgment amount, your court costs (like filing fees, service fees, sheriff's fee, etc.), and post judgment interest of 9% per year. Subtract any payments made by the debtor.

In **5**, enter any other document that the debtor should bring to court showing their income, property, or belongings.

c. The current amount that remains to be paid, including the creditor's court costs and post judgment interest, minus any payments you have made, is <u>$ 10,126.17</u> plus court costs of this proceeding.

5. **You are ordered to bring these documents at the court date:**
   - Federal and state income taxes for the last 2 years;
   - Recent pay stubs or proof of income;
   - Bank records;
   - Title to motor vehicles;
   - Deed to any property you own; AND
   - Insurance policies.
   - Other: <u>See Attached Rider</u>

6. **At the court date, you have the right to claim certain protections (exemptions). If you claim an exemption, the income or property covered by that exemption cannot be taken to pay the judgment. Here are some exemptions you may be able to claim:**
   1. Money or belongings up to $4,000 ("wildcard exemption");
   2. Social Security and Supplemental Security Income (SSI) benefits;
   3. Public assistance benefits;
   4. Child support;
   5. Unemployment compensation benefits;
   6. Workers' compensation benefits;
   7. Veterans' benefits;
   8. Circuit breaker property tax relief benefits;
   9. Your equity interest, up to $2,400, in any one motor vehicle;
   10. Your equity interest, up to $1,500, in any professional books, or tools of your trade;
   11. Pension and retirement benefits and refunds; AND
   12. Your equity interest, up to $15,000, in the house you live in.

Equity interest is the money you would get if you sold your property and paid off any outstanding loans.

7. **There are specific exemptions for wages.** Under Illinois law, the amount of wages that may be taken to pay a judgment is limited to the lower of: 1) 15% of your gross wages, or 2) the amount by which your weekly wages, after deductions for taxes and other allowed deductions, is greater than 45 times the minimum wage (currently $371.25 for one week; $742.50 for two weeks; $804.37 for semi-monthly wages; and $1608.75 for a month). Federal law allows the lesser of: 1) 25% of disposable wages; or 2) the amount by which disposable earnings for a week is greater than 30 times the federal minimum wage.

I certify that everything in the *Citation to Discover Assets to Debtor* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

/s/ _____
*Your Signature*

Stuart J. Chanen
*Print Your Name*

219 North Jefferson Street
*Street Address*

Chicago, IL  60661
*City, State, ZIP*

(312) 676-5480
*Telephone*

Enter the Case Number given by the Circuit Clerk: 14 cv 3658 _____

| **STOP!** | **Witness this Date:** _____ | *Seal of Court* |
| The Circuit Clerk will fill in this section. | **Clerk of the Court:** _____ | |

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| STATE OF ILLINOIS,<br>CIRCUIT COURT<br><br>Cook ▼ COUNTY | INCOME AND PROPERTY<br>STATEMENT<br>(TO BE FILLED OUT BY DEBTOR) | For Court Use Only |
|---|---|---|

| **Instructions ▼** | Deon Patrick | |
|---|---|---|
| **To creditor:** Fill out this section in the same way you did on page 1. | **Plaintiff** *(First, middle, last name)*<br><br>v. | |
| **To debtor:** fill out pages 4-6 and sign below. | Sean Glinski<br>**Defendant** *(First, middle, last name)* | 14 cv 3658<br>**Case Number** |

| **Notice to Debtor:** | 1. Fill out this form and bring it with you to court; AND<br>2. Bring documents you have to support the information you listed in the form. |
|---|---|

| | |
|---|---|
| In **1a**, **1b** and **1c** enter your full name, phone number and current address. | **1. I am providing the following information about myself:**<br>  a. Name: _____<br>        *First*        *Middle*        *Last* |
| In **1d**, enter your Driver's License Number if you have one. |   b. Phone Number: _____<br>  c. Home Address: _____<br>          *Street Address, Apt.* |
| In **1e**, enter the last 4 digits your social security number. |     *City*       *State*       *ZIP*<br>  d. Driver's License Number: _____ |
| In **1f**, enter your date of birth. |   e. Social Security Number *(last 4 digits)*: _____<br>  f. Date of Birth: _____ |
| In **1g**, check your marital status. |   g. I am ☐ married ☐ single ☐ divorced |
| In **2a** and **2b**, enter the number of people living in your house who you support. Support means that the people rely on you financially. | **2. I am providing the following information about the people who live with me:**<br>  a. I support _____ adults *(not counting myself)* who live with me.<br>  b. I support _____ children under 18 who live with me. |
| In **3**, check yes if you are employed. | **3. I am employed.** ☐ **No** *(answer 3a and skip to 4)* ☐ **Yes** *(skip to 3b and complete the rest)*<br>  a. I receive unemployment. ☐ Yes ☐ No |
| In **3a**, if you receive unemployment, check the box and enter the amount of unemployment you receive. |     I receive $_____ in unemployment payments.<br>  b. If yes, ☐ I am self-employed ☐ I work for someone else |
| In **3b**, check the box that applies to you. |   c. Company's name: _____ |
| In **3c** and **3d** enter the company's name and address. |   d. Company's address: _____<br>          *Street Address* |
| In **3e**, enter the gross amount (before taxes) for your income. |     *City*     *State*     *ZIP*<br>  e. Income: $_____ per month |

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

<table>
<tr><td>

In **4**, check the box for each type of money you have received in the past month. The creditor may not use court proceedings to take any money you get from these sources.

</td><td>

**4.  I receive 1 or more of the following:**

☐ **Yes** *(check all that apply)*  ☐ **No**

☐ General Assistance (GA)
☐ Social Security
☐ Supplemental Security Income (SSI)
☐ Food Stamps (SNAP)
☐ State Children & Family Assistance
☐ Temporary Assistance to Needy Families (TANF)
☐ Aid to the Aged, Blind and Disabled (AABD)
☐ Unemployment
☐ Pension
☐ Other: _____

</td></tr>
</table>

<table>
<tr><td>

In **5**, check if you own real estate.

In **5a**, list the address of the property you own and check the box if there is a mortgage on the property.

In **5b**, list the address of any additional property you own and check the box if there is a mortgage on the property.

</td><td>

**5.  I own real estate:**  ☐ **Yes**  ☐ **No**

a.  I own property at: _____
　　　　　　　　　　　*Street Address, Apt.*

_____
*City*　　　　　　　　　　　*State*　　　　*ZIP*
☐ There is a mortgage on my property.

b.  I own property at: _____
　　　　　　　　　　　*Street Address, Apt.*

_____
*City*　　　　　　　　　　　*State*　　　　*ZIP*
☐ There is a mortgage on my property.

</td></tr>
</table>

<table>
<tr><td>

In **6**, check if you have any of the listed accounts and provide the information about each account, but do not list account numbers.

</td><td>

**6.  I have checking, savings, money market, certificates of deposit, safety deposit boxes, or other bank or credit union accounts:**  ☐ **Yes**  ☐ **No**

|   | Name of Bank or Institution | Names on Accounts | Account Type | Balance |
|---|---|---|---|---|
| 1. |  |  |  | $ |
| 2. |  |  |  | $ |
| 3. |  |  |  | $ |
| 4. |  |  |  | $ |

</td></tr>
</table>

<table>
<tr><td>

In **7**, check if you have any motor vehicles and provide the information about each vehicle. For Balance, fill in the amount remaining on your loan.

</td><td>

**7.  I have motor vehicles** *(Cars, boats, trailers, motorcycles etc.)***:**  ☐ **Yes**  ☐ **No**

|   | Year, Make, and Model | Title in Name of | Monthly payment | Balance |
|---|---|---|---|---|
| 1. |  |  | $ | $ |
| 2. |  |  | $ | $ |
| 3. |  |  | $ | $ |
| 4. |  |  | $ | $ |

</td></tr>
</table>

<table>
<tr><td>

In **8**, check yes if you own other property such as jewelry, electronics, tools, etc.

</td><td>

**8.  I own other property:**  ☐ **Yes**  ☐ **No**

The property is *(describe and include its total value )*:  $ _____

_____

_____

_____

_____

_____

</td></tr>
</table>

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.** |
|---|---|

**I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

*Your Signature*                                    *Street Address*

*Print Your Name*                                   *City, State, ZIP*

                                                    *Telephone*

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

After you finish this form, sign and print your name.

Enter your complete current address and telephone number.

Mail or hand-deliver a copy of this completed *Answer* to the Circuit Clerk, plaintiff, and debtor.

SC-C 1803.1

(03/18)

## RIDER TO CITATION TO DISCOVER ASSETS

**A.** **DEFINITIONS** - Unless stated otherwise herein, the capitalized terms in this Rider to Citation To Discover Assets shall have the meaning set forth below in this section A.

**BANK ACCOUNTS.** "Bank Accounts" shall include any checking account, savings account, certificate of deposit or other arrangement with a bank, savings association or credit union, whether registered in the name of the Judgment Debtor or any Related Parties, and any Person, Trust or other entity in which the Judgment Debtor may have or had an interest, or have or had authority to represent in connection therewith.

**CORRESPONDENCE.** "Correspondence" shall include all statements of any kind, whether written, stenographic, recorded, in the form of a letter, memo, e-mails, facsimile transmissions, telegrams, advertisements and each and every incident in which information is transmitted in writing, electronic mail, or any other form (i) between the Judgment Debtor and/or Related Parties, and any other Person; or (ii) in any way Relating to the Judgment Debtor or Related Parties.

**DOCUMENTS.** "Documents" shall mean the original and each-non identical copy of all written, printed, typed, or other graphic matter, regardless of the medium or manner in which such matter is stored (including, but not limited to, paper, video, disk or electronic storage media) now, or at any time, in the possession, control or custody of the Judgment Debtor, and/or the Related Parties and their respective counsel. "Document" or "Documents" includes, but is not limited to, all Correspondence, agreements, memoranda, reports, notes, drafts of documents, electronic mail transmissions or "e-mail" (wherever located, however stored or archived), internal communications, interoffice communications, telegrams, letters, directives, bulletins, accounts, vouchers, invoices, bills, ledgers, financial statements, analyses, estimates, maps, charts, graphs, drawings, work sheets, minutes, and summaries of meetings, conversations, or communications of any type, including telephone conversations, electronically stored information, programs, and information stored on CD-ROM, tape and/or other media, or any other item on which or from which information, communications or data may be perceived or obtained.

**FINANCIAL STATEMENT.** "Financial Statement" shall include any written representation by the Judgment Debtor or any Related Parties to any creditor of the Judgment Debtor or any Related Party, or to any Person or other entity from which the Judgment Debtor or any Related Party was or is seeking credit.

**INSIDER.** "Insider" shall have the meaning set forth in 11 U.S.C. §101(31).

**JUDGMENT DEBTOR.** "Judgment Debtor" shall mean the person named on the Citation to Discovery Assets.

**PERSON(S).** "Person" shall mean any natural individual in any capacity whatsoever or any entity or organization, including divisions, departments, and other units therein and shall

1

include, but not be limited to, a public or private corporation, limited liability company, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau, or department.

**REAL ESTATE.** "Real Estate" shall mean all real estate including but is not limited to whole or fractional interests, present or future interests, interests in limited or general partnerships which hold interests in real estate, and beneficial interests in a land trust.

**RELATED PARTIES.** "Related Parties" shall mean and refer to (collectively and individually) any Person or Trust or any similar association in which the Judgment Debtor may have, has, or had an interest.

**RELATE TO.** "Relate to" (or any similar form of the phrase "Relate to") shall mean any and all materials of any kind or nature that consist of, refer to (directly or indirectly), reflect or be in any way logically or factually connected with the matter and/or parties discussed, and shall be construed in the singular or plural as appropriate.

**REQUEST PERIOD.** "Request Period" shall mean the period beginning on April 12, 2017 and continue through and including the present. All Document requests herein shall cover the Request Period unless otherwise stated.

**SECURITIES.** "Securities" shall include any stocks, bonds, mutual funds, commodity accounts, options or futures accounts, or any other property constituting a "security" under the Securities Act of 1933, as amended or any state securities laws, or other evidence of direct or indirect interest of the Judgment Debtor or Related Parties therein.

**TRUSTS.** "Trusts" shall include any trust created by the Judgment Debtor, Related Parties or another in which the Judgment Debtor or any Related Parties may have or had any interest, whether present, future, vested or contingent, including, but not limited to, any trust created by the Judgment Debtor, any Related Parties or another by written or verbal agreement with any Person whether such is identified as "trustee", "agent", "nominee" or in any other fashion.

## B.     DOCUMENTS AND INFORMATION REQUESTED

1.     All Documents (including, without limitation, cancelled checks, bank statements, check registers) Related to any and all Bank Accounts on which the Judgment Debtor or the Related Parties were a signatory during the Request Period or in which the Judgment Debtor or the Related Parties may have or had any interest during the Request Period.

2.     All Documents Relating to any safe deposit box registered in the name of the Judgment Debtor alone, any of the Related Parties, or the Judgment Debtor or any of the Related Parties with another or others.

3.  Copies of all Financial Statements prepared during or Relating to the Request Period, and copies of all Documents Relating to the financial condition of the Judgment Debtor or any Related Parties during the Request Period.

4.  Copies of all Federal and State income tax returns filed by or on behalf of the Judgment Debtor's or any of the Related Parties' behalf during the Request Period.

5.  All Documents Relating to Securities registered in the name of the Judgment Debtor or the Related Parties, or in which the Judgment Debtor may have or had any interest, or Relating to Securities held by, or on behalf of, the Judgment Debtor or Related Parties for any other Person.

6.  All Documents (including appraisals) Relating to any Real Estate owned by the Judgment Debtor or any Related Parties in which the Judgment Debtor or any Related Parties directly, indirectly, or in any manner or fashion may have or had an interest.  This request shall include beneficial interests of the Judgment Debtor and/or Related Parties in any land trusts.

7.  Any vehicles owned by the Judgment Debtor or any Related Parties, or in which the Judgment Debtor or any Related Parties directly, indirectly, or in any manner or fashion may have or had an interest.

8.  All Documents, Corporate Books and Records, and/or Correspondence Relating to Trusts in which the Judgment Debtor or any Related Parties may have or had any interest, whether as grantor, beneficiary or otherwise, and all State and Federal Income Tax Returns for each said Trust.

9.  All insurance policies and records thereof in which the Judgment Debtor or any Related Parties has an interest as owner or beneficiary or under which the Judgment Debtor or any Related Party is the insured.

10.  All Documents (including appraisals) and/or Correspondence Relating to any interest in any assets, other than those requested by nos. 6-10 above, in which the Judgment Debtor may have an interest, in whole or in part, situated anywhere in the United States or any foreign country including, but not limited to:

a.  Any amount due, or to become due to the Judgment Debtor from any Person for whatever reason, whether contingent or otherwise; and

b.  All leases, contracts, equipment, inventory, jewelry, currency, art work, furniture or any other tangible or intangible personal property of any kind or nature.

11.  All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets by the Judgment Debtor made other than in the ordinary course of business during the Request Period, which transfers shall include, without limitation: (a) any such transfers to any Insider of the Judgment Debtor or any Related Party; (b) any such transfer to any Person for less than reasonably equivalent value in exchange for such

transfer; (c) any sale of assets to any Person that was made other than in the ordinary course of business; (d) any dividends made to any shareholders, members, or other Persons having an ownership interest in any of the Related Parties; and (e) all loans made to any Person.

12. All Documents and/or Correspondence evidencing or otherwise Relating to the incurrence of any obligation by the Judgment Debtor or any of the Related Parties, that was incurred other than in the ordinary course of business during the Request Period, which obligation shall include, without limitation, (a) the incurrence of an obligation to any Party for less than reasonably equivalent value in exchange for such obligation; and (b) any guaranty agreements executed by the Judgment Debtor or any of the Related Parties.

13. All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets by the Judgment Debtor made on or after April 12, 2017 to any Insider for or on account of an antecedent debt owed by the Judgment Debtor before such transfer was made.

14. All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets totaling more than $5,000 in value made by the Judgment Debtor on or after April 12, 2017, to any Person for or on account of an antecedent debt owed by the Judgment Debtor before such transfer was made.

15. All Documents Relating to the salary, bonuses, or other forms of compensation paid to the Judgment Debtor during the Request Period.

16. All Documents Relating to any liens or encumbrances affecting any assets of the Judgment Debtor, and the amount of the indebtedness secured by such liens or encumbrances.

17. All Documents concerning any pending litigation in which the Judgment Debtor is a party.

18. A list of all current creditors of the Judgment Debtor, including their address, and the amount of their claim if such claim is undisputed, liquidated, and noncontingent.

(End of Document)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | CITATION TO DISCOVER ASSETS TO DEBTOR | For Court Use Only |
|---|---|---|
| Cook ▼ COUNTY | | |

**Instructions ▼**

| | |
|---|---|
| Directly above, enter the name of the county where the case was filed. | Deon Patrick |
| | **Plaintiff** *(First, middle, last name)* |
| Enter the name of the plaintiff. | v. |
| Enter the name of the defendant. | Terry O'Connor |
| | **Defendant** *(First, middle, last name)* |
| Enter the case number. | 14 cv 3658 — **Case Number** |

---

In **1**, if the debtor is a person, enter the address where the debtor can be served. If the debtor is a business, enter the name of the registered agent, and the address for service. The registered agent can be found on the Illinois Secretary of State's website.

1. **Name and address of debtor:**

   Terry O'Connor
   *Debtor's name*

   c/o counsel Borkan and Scahill, 20 South Clark Suite 1700
   *Street, Apt #*

   Chicago, IL  60603
   *City*                    *State*                    *ZIP*

---

In **2**, enter courtroom number, date and time of the court date, and address of the courthouse.

2. **You must come to courtroom** 1801 **on**
   *Number*

   Thursday, July 12          9:30          ☑ a.m.   ☐ p.m.
   *Date*                     *Time*

   The address of the court is: 219 S. Dearborn Street
   *Street*

   Chicago, IL 60604
   *City*                    *State*                    *ZIP*

---

**Notice to Debtor**

- If you do not come to the court date listed above in section 2, the judge may issue a rule to show cause which will require you to come to court.
- On the rule to show cause court date, you will have to explain why you did not come to court on the citation court date, and why you should not be found in contempt of court.
- If you do not come to the rule to show cause court date, the judge may find you in contempt, and you may be arrested and jailed.

---

3. **At your *Citation* hearing, you will be asked about your property and income. You will be sworn to tell the truth.**

---

In **4a**, enter the date of the judgment. If the judgment has been revived (renewed), enter that date.

4. **Information about what you owe:**

   a. A judgment was entered or renewed against you on    April 12, 2017    .
      *Date*

In **4b**, enter the amount of the judgment.

   b. The amount of the judgment is   $ 15,000.00   .

---

SC-C 1803.1                    Page 1 of 6                    (03/18)

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

In 4c, enter how much money is still owed to you. You can include the judgment amount, your court costs (like filing fees, service fees, sheriff's fee, etc.), and post judgment interest of 9% per year. Subtract any payments made by the debtor.

c. The current amount that remains to be paid, including the creditor's court costs and post judgment interest, minus any payments you have made, is $ 15,189.25 plus court costs of this proceeding.

5. **You are ordered to bring these documents at the court date**:
   - Federal and state income taxes for the last 2 years;
   - Recent pay stubs or proof of income;
   - Bank records;
   - Title to motor vehicles;
   - Deed to any property you own; AND
   - Insurance policies.
   - Other: See Attached Rider

In 5, enter any other document that the debtor should bring to court showing their income, property, or belongings.

6. **At the court date, you have the right to claim certain protections (exemptions).**
   **If you claim an exemption, the income or property covered by that exemption cannot be taken to pay the judgment. Here are some exemptions you may be able to claim:**
   1. Money or belongings up to $4,000 ("wildcard exemption");
   2. Social Security and Supplemental Security Income (SSI) benefits;
   3. Public assistance benefits;
   4. Child support;
   5. Unemployment compensation benefits;
   6. Workers' compensation benefits;
   7. Veterans' benefits;
   8. Circuit breaker property tax relief benefits;
   9. Your equity interest, up to $2,400, in any one motor vehicle;
   10. Your equity interest, up to $1,500, in any professional books, or tools of your trade;
   11. Pension and retirement benefits and refunds; AND
   12. Your equity interest, up to $15,000, in the house you live in.

Equity interest is the money you would get if you sold your property and paid off any outstanding loans.

7. **There are specific exemptions for wages.** Under Illinois law, the amount of wages that may be taken to pay a judgment is limited to the lower of: 1) 15% of your gross wages, or 2) the amount by which your weekly wages, after deductions for taxes and other allowed deductions, is greater than 45 times the minimum wage (currently $371.25 for one week; $742.50 for two weeks; $804.37 for semi-monthly wages; and $1608.75 for a month). Federal law allows the lesser of: 1) 25% of disposable wages; or 2) the amount by which disposable earnings of a week is greater than 30 times the federal minimum wage.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

I certify that everything in the *Citation to Discover Assets to Debtor* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

/s/ _____
Your Signature

Stuart J. Chanen
Print Your Name

219 North Jefferson Street
Street Address

Chicago, IL 60661
City, State, ZIP

(312) 676-5480
Telephone

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter the Case Number given by the Circuit Clerk: 14 cv 3658 _____

| **STOP!** | Witness this Date: _____ | *Seal of Court* |
| The Circuit Clerk will fill in this section. | Clerk of the Court: _____ | |

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| STATE OF ILLINOIS, CIRCUIT COURT | **INCOME AND PROPERTY STATEMENT (TO BE FILLED OUT BY DEBTOR)** | For Court Use Only |
|---|---|---|
| Cook ▼ COUNTY | | |

| Instructions ▼ | | |
|---|---|---|
| **To creditor:** Fill out this section in the same way you did on page 1. | Deon Patrick | |
| | **Plaintiff** (First, middle, last name) | |
| | v. | |
| **To debtor:** fill out pages 4-6 and sign below. | Terry O'Connor | 14 cv 3658 |
| | **Defendant** (First, middle, last name) | **Case Number** |

| **Notice to Debtor:** | 1. Fill out this form and bring it with you to court; AND |
| | 2. Bring documents you have to support the information you listed in the form. |

In **1a**, **1b** and **1c** enter your full name, phone number and current address.

In **1d**, enter your Driver's License Number if you have one.

In **1e**, enter the last 4 digits your social security number.

In **1f**, enter your date of birth.

In **1g**, check your marital status.

In **2a** and **2b**, enter the number of people living in your house who you support. Support means that the people rely on you financially.

In **3**, check yes if you are employed.

In **3a**, if you receive unemployment, check the box and enter the amount of unemployment you receive.

In **3b**, check the box that applies to you.

In **3c** and **3d** enter the company's name and address.

In **3e**, enter the gross amount (before taxes) for your income.

1. **I am providing the following information about myself:**
   a. Name: _____
      _____First_____Middle_____Last_____
   b. Phone Number: _____
   c. Home Address: _____
      _____Street Address, Apt._____
      _____City_____State_____ZIP_____
   d. Driver's License Number: _____
   e. Social Security Number (last 4 digits): _____
   f. Date of Birth: _____
   g. I am ☐ married   ☐ single   ☐ divorced

2. **I am providing the following information about the people who live with me:**
   a. I support _____ adults (not counting myself) who live with me.
   b. I support _____ children under 18 who live with me.

3. **I am employed.** ☐ **No** (answer 3a and skip to 4)   ☐ **Yes** (skip to 3b and complete the rest)
   a. I receive unemployment. ☐ Yes   ☐ No
      I receive $_____ in unemployment payments.
   b. If yes, ☐ I am self-employed   ☐ I work for someone else
   c. Company's name: _____
   d. Company's address: _____
      _____Street Address_____
      _____City_____State_____ZIP_____
   e. Income: $_____ per month

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

> In **4**, check the box for each type of money you have received in the past month. The creditor may not use court proceedings to take any money you get from these sources.

**4.  I receive 1 or more of the following:**

☐ **Yes** *(check all that apply)*  ☐ **No**

☐ General Assistance (GA)
☐ Social Security
☐ Supplemental Security Income (SSI)
☐ Food Stamps (SNAP)
☐ State Children & Family Assistance
☐ Temporary Assistance to Needy Families (TANF)
☐ Aid to the Aged, Blind and Disabled (AABD)
☐ Unemployment
☐ Pension
☐ Other: _____

> In **5**, check if you own real estate.
>
> In **5a**, list the address of the property you own and check the box if there is a mortgage on the property.
>
> In **5b**, list the address of any additional property you own and check the box if there is a mortgage on the property.

**5.  I own real estate:**  ☐ **Yes**  ☐ **No**

a.  I own property at: _____
*Street Address, Apt.*

_____  _____  _____
*City*  *State*  *ZIP*

☐ There is a mortgage on my property.

b.  I own property at: _____
*Street Address, Apt.*

_____  _____  _____
*City*  *State*  *ZIP*

☐ There is a mortgage on my property.

> In **6**, check if you have any of the listed accounts and provide the information about each account, but do not list account numbers.

**6.  I have checking, savings, money market, certificates of deposit, safety deposit boxes, or other bank or credit union accounts:**  ☐ **Yes**  ☐ **No**

|   | Name of Bank or Institution | Names on Accounts | Account Type | Balance |
|---|---|---|---|---|
| 1. |  |  |  | $ |
| 2. |  |  |  | $ |
| 3. |  |  |  | $ |
| 4. |  |  |  | $ |

> In **7**, check if you have any motor vehicles and provide the information about each vehicle. For Balance, fill in the amount remaining on your loan.

**7.  I have motor vehicles** *(Cars, boats, trailers, motorcycles etc.)*:  ☐ **Yes**  ☐ **No**

|   | Year, Make, and Model | Title in Name of | Monthly payment | Balance |
|---|---|---|---|---|
| 1. |  |  | $ | $ |
| 2. |  |  | $ | $ |
| 3. |  |  | $ | $ |
| 4. |  |  | $ | $ |

> In **8**, check yes if you own other property such as jewelry, electronics, tools, etc.

**8.  I own other property:**  ☐ **Yes**  ☐ **No**

The property is *(describe and include its total value )*:  $ _____

_____
_____
_____
_____
_____

SC-C 1803.1

(03/18)

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.** |

**I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____

*Your Signature*

*Street Address*

After you finish this form, sign and print your name.

_____

*Print Your Name*

*City, State, ZIP*

Enter your complete current address and telephone number.

_____

*Telephone*

Mail or hand-deliver a copy of this completed *Answer* to the Circuit Clerk, plaintiff, and debtor.

SC-C 1803.1

(03/18)

## RIDER TO CITATION TO DISCOVER ASSETS

**A.**     **DEFINITIONS** -     Unless stated otherwise herein, the capitalized terms in this Rider to Citation To Discover Assets shall have the meaning set forth below in this section A.

**BANK ACCOUNTS.** "Bank Accounts" shall include any checking account, savings account, certificate of deposit or other arrangement with a bank, savings association or credit union, whether registered in the name of the Judgment Debtor or any Related Parties, and any Person, Trust or other entity in which the Judgment Debtor may have or had an interest, or have or had authority to represent in connection therewith.

**CORRESPONDENCE.** "Correspondence" shall include all statements of any kind, whether written, stenographic, recorded, in the form of a letter, memo, e-mails, facsimile transmissions, telegrams, advertisements and each and every incident in which information is transmitted in writing, electronic mail, or any other form (i) between the Judgment Debtor and/or Related Parties, and any other Person; or (ii) in any way Relating to the Judgment Debtor or Related Parties.

**DOCUMENTS.** "Documents" shall mean the original and each non identical copy of all written, printed, typed, or other graphic matter, regardless of the medium or manner in which such matter is stored (including, but not limited to, paper, video, disk or electronic storage media) now, or at any time, in the possession, control or custody of the Judgment Debtor, and/or the Related Parties and their respective counsel. "Document" or "Documents" includes, but is not limited to, all Correspondence, agreements, memoranda, reports, notes, drafts of documents, electronic mail transmissions or "e-mail" (wherever located, however stored or archived), internal communications, interoffice communications, telegrams, letters, directives, bulletins, accounts, vouchers, invoices, bills, ledgers, financial statements, analyses, estimates, maps, charts, graphs, drawings, work sheets, minutes, and summaries of meetings, conversations, or communications of any type, including telephone conversations, electronically stored information, programs, and information stored on CD-ROM, tape and/or other media, or any other item on which or from which information, communications or data may be perceived or obtained.

**FINANCIAL STATEMENT.** "Financial Statement" shall include any written representation by the Judgment Debtor or any Related Parties to any creditor of the Judgment Debtor or any Related Party, or to any Person or other entity from which the Judgment Debtor or any Related Party was or is seeking credit.

**INSIDER.** "Insider" shall have the meaning set forth in 11 U.S.C. §101(31).

**JUDGMENT DEBTOR.** "Judgment Debtor" shall mean the person named on the Citation to Discovery Assets.

**PERSON(S).** "Person" shall mean any natural individual in any capacity whatsoever or any entity or organization, including divisions, departments, and other units therein and shall

1

include, but not be limited to, a public or private corporation, limited liability company, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau, or department.

**REAL ESTATE.** "Real Estate" shall mean all real estate including but is not limited to whole or fractional interests, present or future interests, interests in limited or general partnerships which hold interests in real estate, and beneficial interests in a land trust.

**RELATED PARTIES.** "Related Parties" shall mean and refer to (collectively and individually) any Person or Trust or any similar association in which the Judgment Debtor may have, has, or had an interest.

**RELATE TO.** "Relate to" (or any similar form of the phrase "Relate to") shall mean any and all materials of any kind or nature that consist of, refer to (directly or indirectly), reflect or be in any way logically or factually connected with the matter and/or parties discussed, and shall be construed in the singular or plural as appropriate.

**REQUEST PERIOD.** "Request Period" shall mean the period beginning on April 12, 2017 and continue through and including the present. All Document requests herein shall cover the Request Period unless otherwise stated.

**SECURITIES.** "Securities" shall include any stocks, bonds, mutual funds, commodity accounts, options or futures accounts, or any other property constituting a "security" under the Securities Act of 1933, as amended or any state securities laws, or other evidence of direct or indirect interest of the Judgment Debtor or Related Parties therein.

**TRUSTS.** "Trusts" shall include any trust created by the Judgment Debtor, Related Parties or another in which the Judgment Debtor or any Related Parties may have or had any interest, whether present, future, vested or contingent, including, but not limited to, any trust created by the Judgment Debtor, any Related Parties or another by written or verbal agreement with any Person whether such is identified as "trustee", "agent", "nominee" or in any other fashion.

## B. DOCUMENTS AND INFORMATION REQUESTED

1. All Documents (including, without limitation, cancelled checks, bank statements, check registers) Related to any and all Bank Accounts on which the Judgment Debtor or the Related Parties were a signatory during the Request Period or in which the Judgment Debtor or the Related Parties may have or had any interest during the Request Period.

2. All Documents Relating to any safe deposit box registered in the name of the Judgment Debtor alone, any of the Related Parties, or the Judgment Debtor or any of the Related Parties with another or others.

3.      Copies of all Financial Statements prepared during or Relating to the Request Period, and copies of all Documents Relating to the financial condition of the Judgment Debtor or any Related Parties during the Request Period.

4.      Copies of all Federal and State income tax returns filed by or on behalf of the Judgment Debtor's or any of the Related Parties' behalf during the Request Period.

5.      All Documents Relating to Securities registered in the name of the Judgment Debtor or the Related Parties, or in which the Judgment Debtor may have or had any interest, or Relating to Securities held by, or on behalf of, the Judgment Debtor or Related Parties for any other Person.

6.      All Documents (including appraisals) Relating to any Real Estate owned by the Judgment Debtor or any Related Parties in which the Judgment Debtor or any Related Parties directly, indirectly, or in any manner or fashion may have or had an interest.  This request shall include beneficial interests of the Judgment Debtor and/or Related Parties in any land trusts.

7.      Any vehicles owned by the Judgment Debtor or any Related Parties, or in which the Judgment Debtor or any Related Parties directly, indirectly, or in any manner or fashion may have or had an interest.

8.      All Documents, Corporate Books and Records, and/or Correspondence Relating to Trusts in which the Judgment Debtor or any Related Parties may have or had any interest, whether as grantor, beneficiary or otherwise, and all State and Federal Income Tax Returns for each said Trust.

9.      All insurance policies and records thereof in which the Judgment Debtor or any Related Parties has an interest as owner or beneficiary or under which the Judgment Debtor or any Related Party is the insured.

10.     All Documents (including appraisals) and/or Correspondence Relating to any interest in any assets, other than those requested by nos. 6-10 above, in which the Judgment Debtor may have an interest, in whole or in part, situated anywhere in the United States or any foreign country including, but not limited to:

     a.      Any amount due, or to become due to the Judgment Debtor from any Person for whatever reason, whether contingent or otherwise; and

     b.      All leases, contracts, equipment, inventory, jewelry, currency, art work, furniture or any other tangible or intangible personal property of any kind or nature.

11.     All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets by the Judgment Debtor made other than in the ordinary course of business during the Request Period to any Person, which transfers shall include, without limitation: (a) any such transfers to any Insider of the Judgment Debtor or any Related Party; (b) any such transfer to any Person for less than reasonably equivalent value in exchange for such

transfer; (c) any sale of assets to any Person that was made other than in the ordinary course of business; (d) any dividends made to any shareholders, members, or other Persons having an ownership interest in any of the Related Parties; and (e) all loans made to any Person.

12.     All Documents and/or Correspondence evidencing or otherwise Relating to the incurrence of any obligation by the Judgment Debtor or any of the Related Parties, that was incurred other than in the ordinary course of business during the Request Period, which obligation shall include, without limitation, (a) the incurrence of an obligation to any Party for less than reasonably equivalent value in exchange for such obligation; and (b) any guaranty agreements executed by the Judgment Debtor or any of the Related Parties.

13.     All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets by the Judgment Debtor made on or after April 12, 2017 to any Insider for or on account of an antecedent debt owed by the Judgment Debtor before such transfer was made.

14.     All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets totaling more than $5,000 in value made by the Judgment Debtor on or after April 12, 2017, to any Person for or on account of an antecedent debt owed by the Judgment Debtor before such transfer was made.

15.     All Documents Relating to the salary, bonuses, or other forms of compensation paid to the Judgment Debtor during the Request Period.

16.     All Documents Relating to any liens or encumbrances affecting any assets of the Judgment Debtor, and the amount of the indebtedness secured by such liens or encumbrances.

17.     All Documents concerning any pending litigation in which the Judgment Debtor is a party.

18.     A list of all current creditors of the Judgment Debtor, including their address, and the amount of their claim if such claim is undisputed, liquidated, and noncontingent.

(End of Document)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT <br> Cook ▼ COUNTY | CITATION TO DISCOVER ASSETS TO DEBTOR | For Court Use Only |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where the case was filed. | **Deon Patrick** <br> **Plaintiff** *(First, middle, last name)* | |
| Enter the name of the plaintiff. | | |
| Enter the name of the defendant. | v. <br> **Thomas Johnson** <br> **Defendant** *(First, middle, last name)* | **14 cv 3658** <br> **Case Number** |
| Enter the case number. | | |

---

**In 1**, if the debtor is a person, enter the address where the debtor can be served. If the debtor is a business, enter the name of the registered agent, and the address for service. The registered agent can be found on the Illinois Secretary of State's website.

1. **Name and address of debtor:**

   Thomas Johnson
   *Debtor's name*

   c/o counsel Borkan and Scahill, 20 South Clark Suite 1700
   *Street, Apt #*

   Chicago, IL  60603
   *City*                          *State*                          *ZIP*

**In 2**, enter courtroom number, date and time of the court date, and address of the courthouse.

2. **You must come to courtroom** 1801 **on**
   *Number*

   Thursday, July 12                          9:30          ☑ a.m.  ☐ p.m.
   *Date*                                     *Time*

   The address of the court is: 219 S. Dearborn Street
   *Street*

   Chicago, IL 60604
   *City*                          *State*                          *ZIP*

| **Notice to Debtor** | • If you do not come to the court date listed above in section 2, the judge may issue a rule to show case which will require you to come to court. <br> • On the rule to show cause court date, you will have to explain why you did not come to court on the citation court date, and why you should not be found in contempt of court. <br> • If you do not come to the rule to show cause court date, the judge may find you in contempt, and you may be arrested and jailed. |
|---|---|

3. **At your *Citation* hearing, you will be asked about your property and income. You will be sworn to tell the truth.**

**In 4a,** enter the date of the judgment. If the judgment has been revived (renewed), enter that date.

4. **Information about what you owe:**
   a. A judgment was entered or renewed against you on          April 12, 2017
                                                                *Date*

**In 4b,** enter the amount of the judgment.

   b. The amount of the judgment is     $ 20,000.00 .

---

SC-C 1803.1                          Page 1 of 6                          (03/18)

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

<table>
<tr><td>

In 4c, enter how much money is still owed to you. You can include the judgment amount, your court costs (like filing fees, service fees, sheriff's fee, etc.), and post judgment interest of 9% per year. Subtract any payments made by the debtor.

</td><td>

c. The current amount that remains to be paid, including the creditor's court costs and post judgment interest, minus any payments you have made, is $20,252.34 plus court costs of this proceeding.

</td></tr>
</table>

**5. You are ordered to bring these documents at the court date**:

- Federal and state income taxes for the last 2 years;
- Recent pay stubs or proof of income;
- Bank records;
- Title to motor vehicles;
- Deed to any property you own; AND
- Insurance policies.
- Other: See Attached Rider

In 5, enter any other document that the debtor should bring to court showing their income, property, or belongings.

**6. At the court date, you have the right to claim certain protections (exemptions). If you claim an exemption, the income or property covered by that exemption cannot be taken to pay the judgment. Here are some exemptions you may be able to claim:**

1. Money or belongings up to $4,000 ("wildcard exemption");
2. Social Security and Supplemental Security Income (SSI) benefits;
3. Public assistance benefits;
4. Child support;
5. Unemployment compensation benefits;
6. Workers' compensation benefits;
7. Veterans' benefits;
8. Circuit breaker property tax relief benefits;
9. Your equity interest, up to $2,400, in any one motor vehicle;
10. Your equity interest, up to $1,500, in any professional books, or tools of your trade;
11. Pension and retirement benefits and refunds; AND
12. Your equity interest, up to $15,000, in the house you live in.

Equity interest is the money you would get if you sold your property and paid off any outstanding loans.

**7. There are specific exemptions for wages.** Under Illinois law, the amount of wages that may be taken to pay a judgment is limited to the lower of: 1) 15% of your gross wages, or 2) the amount by which your weekly wages, after deductions for taxes and other allowed deductions, is greater than 45 times the minimum wage (currently $371.25 for one week; $742.50 for two weeks; $804.37 for semi-monthly wages; and $1608.75 for a month). Federal law allows the lesser of: 1) 25% of disposable wages; or 2) the amount by which disposable earnings for a week is greater than 30 times the federal minimum wage.

I certify that everything in the *Citation to Discover Assets to Debtor* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

/s/ _____       219 North Jefferson Street
*Your Signature*                  *Street Address*

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Stuart J. Chanen                  Chicago, IL  60661
*Print Your Name*                 *City, State, ZIP*

(312) 676-5480
*Telephone*

Enter the Case Number given by the Circuit Clerk: 14 cv 3658 _____

| STOP!<br>The Circuit Clerk will<br>fill in this section. | Witness this Date: _____ | *Seal of Court* |
|---|---|---|
| | Clerk of the Court: _____ | |

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| STATE OF ILLINOIS, CIRCUIT COURT | INCOME AND PROPERTY STATEMENT (TO BE FILLED OUT BY DEBTOR) | For Court Use Only |
|---|---|---|

Cook ▼ COUNTY

**Instructions ▼**

| | |
|---|---|
| **To creditor:** Fill out this section in the same way you did on page 1. | Deon Patrick<br>**Plaintiff** *(First, middle, last name)*<br>v.<br>Thomas Johnson<br>**Defendant** *(First, middle, last name)* |
| **To debtor:** fill out pages 4-6 and sign below. | 14 cv 3658<br>**Case Number** |

| **Notice to Debtor:** | 1. Fill out this form and bring it with you to court; AND<br>2. Bring documents you have to support the information you listed in the form. |
|---|---|

| | |
|---|---|
| In **1a**, **1b** and **1c** enter your full name, phone number and current address. | **1. I am providing the following information about myself:**<br>   a. Name: _____<br>          *First*            *Middle*            *Last*<br>   b. Phone Number: _____<br>   c. Home Address: _____<br>          *Street Address, Apt.* |
| In **1d**, enter your Driver's License Number if you have one. | |
| In **1e**, enter the last 4 digits your social security number. | _____<br>*City*            *State*            *ZIP*<br>   d. Driver's License Number: _____<br>   e. Social Security Number *(last 4 digits)*: _____ |
| In **1f**, enter your date of birth. | f. Date of Birth: _____ |
| In **1g**, check your marital status. | g. I am ☐ married ☐ single ☐ divorced |
| In **2a** and **2b**, enter the number of people living in your house who you support. Support means that the people rely on you financially. | **2. I am providing the following information about the people who live with me:**<br>   a. I support _____ adults *(not counting myself)* who live with me.<br>   b. I support _____ children under 18 who live with me. |
| In **3**, check yes if you are employed. | **3. I am employed.** ☐ **No** *(answer 3a and skip to 4)*   ☐ **Yes** *(skip to 3b and complete the rest)* |
| In **3a**, if you receive unemployment, check the box and enter the amount of unemployment you receive. | a. I receive unemployment. ☐ Yes ☐ No<br>   I receive $_____ in unemployment payments. |
| In **3b**, check the box that applies to you. | b. If yes, ☐ I am self-employed ☐ I work for someone else |
| In **3c** and **3d** enter the company's name and address. | c. Company's name: _____<br>   d. Company's address: _____<br>          *Street Address* |
| In **3e**, enter the gross amount (before taxes) for your income. | _____<br>*City*            *State*            *ZIP*<br>   e. Income: $_____ per month |

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| In 4, check the box for each type of money you have received in the past month. The creditor may not use court proceedings to take any money you get from these sources. | **4.** **I receive 1 or more of the following:** |
|---|---|

☐ **Yes** *(check all that apply)*  ☐ **No**
- ☐ General Assistance (GA)
- ☐ Social Security
- ☐ Supplemental Security Income (SSI)
- ☐ Food Stamps (SNAP)
- ☐ State Children & Family Assistance
- ☐ Temporary Assistance to Needy Families (TANF)
- ☐ Aid to the Aged, Blind and Disabled (AABD)
- ☐ Unemployment
- ☐ Pension
- ☐ Other: _____

| In 5, check if you own real estate. | **5.** **I own real estate:** ☐ Yes ☐ No |
|---|---|
| In 5a, list the address of the property you own and check the box if there is a mortgage on the property. | a. I own property at: _____ <br> *Street Address, Apt.* <br> _____ <br> City     State     ZIP <br> ☐ There is a mortgage on my property. |
| In 5b, list the address of any additional property you own and check the box if there is a mortgage on the property. | b. I own property at: _____ <br> *Street Address, Apt.* <br> _____ <br> City     State     ZIP <br> ☐ There is a mortgage on my property. |

| In 6, check if you have any of the listed accounts and provide the information about each account, but do not list account numbers. | **6.** **I have checking, savings, money market, certificates of deposit, safety deposit boxes, or other bank or credit union accounts:** ☐ Yes ☐ No |
|---|---|

|   | Name of Bank or Institution | Names on Accounts | Account Type | Balance |
|---|---|---|---|---|
| 1. |  |  |  | $ |
| 2. |  |  |  | $ |
| 3. |  |  |  | $ |
| 4. |  |  |  | $ |

| In 7, check if you have any motor vehicles and provide the information about each vehicle. For Balance, fill in the amount remaining on your loan. | **7.** **I have motor vehicles** *(Cars, boats, trailers, motorcycles etc.)*: ☐ Yes ☐ No |
|---|---|

|   | Year, Make, and Model | Title in Name of | Monthly payment | Balance |
|---|---|---|---|---|
| 1. |  |  | $ | $ |
| 2. |  |  | $ | $ |
| 3. |  |  | $ | $ |
| 4. |  |  | $ | $ |

| In 8, check yes if you own other property such as jewelry, electronics, tools, etc. | **8.** **I own other property:** ☐ Yes ☐ No |
|---|---|

The property is *(describe and include its total value )*: $ _____

_____
_____
_____
_____
_____

Enter the Case Number given by the Circuit Clerk: 14 cv 3658

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.** |

**I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

_____        _____
*Your Signature*                                              *Street Address*

After you finish this form, sign and print your name.

_____        _____
*Print Your Name*                                             *City, State, ZIP*

Enter your complete current address and telephone number.

_____
*Telephone*

Mail or hand-deliver a copy of this completed *Answer* to the Circuit Clerk, plaintiff, and debtor.

## RIDER TO CITATION TO DISCOVER ASSETS

**A.**    **DEFINITIONS** -    Unless stated otherwise herein, the capitalized terms in this Rider to Citation To Discover Assets shall have the meaning set forth below in this section A.

**BANK ACCOUNTS.** "Bank Accounts" shall include any checking account, savings account, certificate of deposit or other arrangement with a bank, savings association or credit union, whether registered in the name of the Judgment Debtor or any Related Parties, and any Person, Trust or other entity in which the Judgment Debtor may have or had an interest, or have or had authority to represent in connection therewith.

**CORRESPONDENCE.** "Correspondence" shall include all statements of any kind, whether written, stenographic, recorded, in the form of a letter, memo, e-mails, facsimile transmissions, telegrams, advertisements and each and every incident in which information is transmitted in writing, electronic mail, or any other form (i) between the Judgment Debtor and/or Related Parties, and any other Person; or (ii) in any way Relating to the Judgment Debtor or Related Parties.

**DOCUMENTS.** "Documents" shall mean the original and each-non identical copy of all written, printed, typed, or other graphic matter, regardless of the medium or manner in which such matter is stored (including, but not limited to, paper, video, disk or electronic storage media) now, or at any time, in the possession, control or custody of the Judgment Debtor, and/or the Related Parties and their respective counsel. "Document" or "Documents" includes, but is not limited to, all Correspondence, agreements, memoranda, reports, notes, drafts of documents, electronic mail transmissions or "e-mail" (wherever located, however stored or archived), internal communications, interoffice communications, telegrams, letters, directives, bulletins, accounts, vouchers, invoices, bills, ledgers, financial statements, analyses, estimates, maps, charts, graphs, drawings, work sheets, minutes, and summaries of meetings, conversations, or communications of any type, including telephone conversations, electronically stored information, programs, and information stored on CD-ROM, tape and/or other media, or any other item on which or from which information, communications or data may be perceived or obtained.

**FINANCIAL STATEMENT.** "Financial Statement" shall include any written representation by the Judgment Debtor or any Related Parties to any creditor of the Judgment Debtor or any Related Party, or to any Person or other entity from which the Judgment Debtor or any Related Party was or is seeking credit.

**INSIDER.** "Insider" shall have the meaning set forth in 11 U.S.C. §101(31).

**JUDGMENT DEBTOR.** "Judgment Debtor" shall mean the person named on the Citation to Discovery Assets.

**PERSON(S).** "Person" shall mean any natural individual in any capacity whatsoever or any entity or organization, including divisions, departments, and other units therein and shall

1

include, but not be limited to, a public or private corporation, limited liability company, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau, or department.

**REAL ESTATE.** "Real Estate" shall mean all real estate including but is not limited to whole or fractional interests, present or future interests, interests in limited or general partnerships which hold interests in real estate, and beneficial interests in a land trust.

**RELATED PARTIES.** "Related Parties" shall mean and refer to (collectively and individually) any Person or Trust or any similar association in which the Judgment Debtor may have, has, or had an interest.

**RELATE TO.** "Relate to" (or any similar form of the phrase "Relate to") shall mean any and all materials of any kind or nature that consist of, refer to (directly or indirectly), reflect or be in any way logically or factually connected with the matter and/or parties discussed, and shall be construed in the singular or plural as appropriate.

**REQUEST PERIOD.** "Request Period" shall mean the period beginning on April 12, 2017 and continue through and including the present. All Document requests herein shall cover the Request Period unless otherwise stated.

**SECURITIES.** "Securities" shall include any stocks, bonds, mutual funds, commodity accounts, options or futures accounts, or any other property constituting a "security" under the Securities Act of 1933, as amended or any state securities laws, or other evidence of direct or indirect interest of the Judgment Debtor or Related Parties therein.

**TRUSTS.** "Trusts" shall include any trust created by the Judgment Debtor, Related Parties or another in which the Judgment Debtor or any Related Parties may have or had any interest, whether present, future, vested or contingent, including, but not limited to, any trust created by the Judgment Debtor, any Related Parties or another by written or verbal agreement with any Person whether such is identified as "trustee", "agent", "nominee" or in any other fashion.

## B. DOCUMENTS AND INFORMATION REQUESTED

1. All Documents (including, without limitation, cancelled checks, bank statements, check registers) Related to any and all Bank Accounts on which the Judgment Debtor or the Related Parties were a signatory during the Request Period or in which the Judgment Debtor or the Related Parties may have or had any interest during the Request Period.

2. All Documents Relating to any safe deposit box registered in the name of the Judgment Debtor alone, any of the Related Parties, or the Judgment Debtor or any of the Related Parties with another or others.

3.     Copies of all Financial Statements prepared during or Relating to the Request Period, and copies of all Documents Relating to the financial condition of the Judgment Debtor or any Related Parties during the Request Period.

4.     Copies of all Federal and State income tax returns filed by or on behalf of the Judgment Debtor's or any of the Related Parties' behalf during the Request Period.

5.     All Documents Relating to Securities registered in the name of the Judgment Debtor or the Related Parties, or in which the Judgment Debtor may have or had any interest, or Relating to Securities held by, or on behalf of, the Judgment Debtor or Related Parties for any other Person.

6.     All Documents (including appraisals) Relating to any Real Estate owned by the Judgment Debtor or any Related Parties in which the Judgment Debtor or any Related Parties directly, indirectly, or in any manner or fashion may have or had an interest.  This request shall include beneficial interests of the Judgment Debtor and/or Related Parties in any land trusts.

7.     Any vehicles owned by the Judgment Debtor or any Related Parties, or in which the Judgment Debtor or any Related Parties directly, indirectly, or in any manner or fashion may have or had an interest.

8.     All Documents, Corporate Books and Records, and/or Correspondence Relating to Trusts in which the Judgment Debtor or any Related Parties may have or had any interest, whether as grantor, beneficiary or otherwise, and all State and Federal Income Tax Returns for each said Trust.

9.     All insurance policies and records thereof in which the Judgment Debtor or any Related Parties has an interest as owner or beneficiary or under which the Judgment Debtor or any Related Party is the insured.

10.     All Documents (including appraisals) and/or Correspondence Relating to any interest in any assets, other than those requested by nos. 6-10 above, in which the Judgment Debtor may have an interest, in whole or in part, situated anywhere in the United States or any foreign country including, but not limited to:

a.     Any amount due, or to become due to the Judgment Debtor from any Person for whatever reason, whether contingent or otherwise; and

b.     All leases, contracts, equipment, inventory, jewelry, currency, art work, furniture or any other tangible or intangible personal property of any kind or nature.

11.     All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets by the Judgment Debtor made other than in the ordinary course of business during the Request Period to any Person, which transfers shall include, without limitation: (a) any such transfers to any Insider of the Judgment Debtor or any Related Party; (b) any such transfer to any Person for less than reasonably equivalent value in exchange for such

3

transfer; (c) any sale of assets to any Person that was made other than in the ordinary course of business; (d) any dividends made to any shareholders, members, or other Persons having an ownership interest in any of the Related Parties; and (e) all loans made to any Person.

12.     All Documents and/or Correspondence evidencing or otherwise Relating to the incurrence of any obligation by the Judgment Debtor or any of the Related Parties, that was incurred other than in the ordinary course of business during the Request Period, which obligation shall include, without limitation, (a) the incurrence of an obligation to any Party for less than reasonably equivalent value in exchange for such obligation; and (b) any guaranty agreements executed by the Judgment Debtor or any of the Related Parties.

13.     All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets by the Judgment Debtor made on or after April 12, 2017 to any Insider for or on account of an antecedent debt owed by the Judgment Debtor before such transfer was made.

14.     All Documents and/or Correspondence evidencing or otherwise Relating to any and all transfers of assets totaling more than $5,000 in value made by the Judgment Debtor on or after April 12, 2017, to any Person for or on account of an antecedent debt owed by the Judgment Debtor before such transfer was made.

15.     All Documents Relating to the salary, bonuses, or other forms of compensation paid to the Judgment Debtor during the Request Period.

16.     All Documents Relating to any liens or encumbrances affecting any assets of the Judgment Debtor, and the amount of the indebtedness secured by such liens or encumbrances.

17.     All Documents concerning any pending litigation in which the Judgment Debtor is a party.

18.     A list of all current creditors of the Judgment Debtor, including their address, and the amount of their claim if such claim is undisputed, liquidated, and noncontingent.

(End of Document)