# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Deon Patrick

                    Plaintiff,

v.                                      Case No.: 1:14–cv–03658
                                                  Honorable Ronald A. Guzman

City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 17, 2018:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 7/17/2018. Motion Hearing continued to 7/19/2018 at 09:30 AM. as to Moving Defendants' motion to stay judgment enforcement proceedings pursuant to Fed.R.Civ.P. 62(b) and quash citations [486]. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.