```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3
      DEON PATRICK,                    )
 4                                     )
                         Plaintiff,    )
 5                                     )   Case No. 14 C 3658
      -vs-                             )
 6                                     )   Chicago, Illinois
      CITY OF CHICAGO, et al.,         )   July 19, 2018
 7                                     )   9:35 a.m.
                         Defendants.   )
 8

 9                        TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE RONALD A. GUZMAN
10
      APPEARANCES:
11
      For the Plaintiff:      MR. STUART JAY CHANEN
12                            MR. ARIEL OLSTEIN
                              Valorem Law Group
13                            218 N. Jefferson Street
                              Suite 300
14                            Chicago, IL  60661
                              (312)676-5460
15                            E-mail:  Stuart.chanen@valoremlaw.com

16    For the Defendant
      City:                   MR. DANIEL MATTHEW NOLAND
17                            Reiter Burns LLP
                              311 S. Wacker Drive
18                            Suite 5200
                              Chicago, IL  60606
19                            (312) 982-0090
                              E-mail:  Dnoland@reiterburns.com
20

21    Court Reporter:

22                  KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
                          Official Court Reporter
23                       United States District Court
                   219 South Dearborn Street, Suite 2524-A
24                        Chicago, Illinois  60604
                         Telephone:  (312) 435-5569
25                  Kathleen_Fennell@ilnd.uscourts.gov
```

APPEARANCES:   (Continued)

For the Individual
Defendants:                    MR. TIMOTHY P. SCAHILL
                               Borkan & Scahill, Ltd.
                               Two First National Plaza
                               20 S. Clark Street, Suite 1700
                               Chicago, IL  60603
                               (312) 580-1030
                               E-mail:  Tscahill@borkanscahill.com

1         (Proceedings heard in open court:)

2              THE CLERK:  14 C 3658, Patrick versus City of

3 Chicago, motion hearing.

4              MR. SCAHILL:  Good morning, your Honor.  Timothy

09:35:23   5 Scahill on behalf of the individual defendant officers.

6              MR. NOLAND:  Good morning, Judge.  Dan Noland for the

7 City.

8              MR. CHANEN:  Good morning, your Honor.  Stuart Chanen

9 and Ariel Olstein on behalf of Mr. Patrick.

09:35:35 10              THE COURT:  Good morning.

11              What information do you have?

12              MR. SCAHILL:  Judge, on behalf of the individual

13 defendants, there will be an appeal filed on their behalf.

14              THE COURT:  When?

09:35:45 15              MR. SCAHILL:  Expeditiously.  I'm not sure of the

16 exact date, but it will be filed.

17              THE COURT:  You intend to move expeditiously, file it

18 as soon as possible?

19              MR. SCAHILL:  Yes.

09:35:56 20              THE COURT:  City?

21              MR. NOLAND:  On behalf of the City, we are in the

22 same position as we were two days ago.  There's a process at

23 the City for authorizing notices of appeal to be filed.  It

24 has to go through the Appeals Division.  They need to study

09:36:09 25 your opinion, look at the post-trial motions, possibly again

1   look at the case law, and then it has to be approved by the

2   Corporation Counsel, and they have not been able to do that

3   since the Court issued its opinion but would expect to be able

4   to do that within 14 days.

09:36:23    5        THE COURT:  Within 14 days?

6        MR. NOLAND:  Within 14 days to make that decision of

7   whether or not to file the notice of appeal.

8        THE COURT:  And how long after that to actually file

9   the notice?

09:36:36   10        MR. NOLAND:  The -- what I understand is that they do

11  not wait until the last day to file the notice of appeal.

12  They will file it beforehand, but they also -- you know, it

13  may not be like the day they decide because they have to make

14  sure that, for jurisdictional reasons, that the notice of

09:36:52   15  appeal was airtight and there aren't any errors made in it, so

16  they can't rush to do that either because of the importance of

17  that particular document.

18        THE COURT:  Okay.  So you're seeking what at this

19  point?  I've issued my ruling on the post-trial motions.

09:37:06   20        MR. SCAHILL:  Well, we had obviously sought a stay

21  under 62(b), which is moot, but I guess we would move orally

22  for a stay at this point I guess under the discretion of the

23  Court, because I don't think 62(d) applies either for a stay

24  for enforcement or execution against the individual

09:37:25   25  defendants.

09:37:39

1    MR. CHANEN:  Judge, we're not arguing you don't have

2  the authority -- we are not arguing that you don't have the

3  authority to stop us from moving forward with our citations if

4  you were to choose to do so.  I'm not going to get hung up on

5  the gap between (b) and (d), but if you're going to issue a

6  stay, we do not think it's unreasonable that $90,000 be

7  posted, preferably by the officers but at a minimum by the

8  City of Chicago.  That's the way supersedeas bonds work, and

9  we're -- and frankly, Judge, we're going to ask for a

09:38:05

10  $13.3 million or $13.39 million bond when we get to the

11  Appellate Court, but, you know --

12    THE COURT:  You're going to ask for a bond from the

13  City?

14    MR. CHANEN:  The courts issued it, but I believe the

09:38:22

15  court -- in certain circumstances, Judge, the courts issued

16  it.

17    THE COURT:  Okay.

18    MR. CHANEN:  It puts pressure on them because they

19  don't like posting a bond, and it puts pressure on them to

09:38:31

20  settle cases they should settle.

21    THE COURT:  I guess I was under the impression the

22  bond is there to provide security and guarantee to your

23  client, not to provide pressure on the defendants who are

24  prosecuting an appeal.  However, not my issue at this point.

09:38:53

25    I'll grant the motion for stay pending appeal based

1  upon the representations by the attorneys that the appeals

2  will be prosecuted expeditiously as quickly as they possibly

3  can.

4       I will require the posting of a bond in the amount of

5  $90,000.  The stay will become effective when the bond is

6  posted.

7       Anything else?

8       MR. CHANEN:  No, thank you, your Honor.

9       MR. SCAHILL:  No, Judge.

10       MR. CHANEN:  Judge, I'm sorry, there is one other

11  thing.

12       THE COURT:  Ah, that's the trouble with lawyers,

13  there's also something.

14       MR. CHANEN:  Only because I will get lashings from

15  Ms. Auerbach if I don't ask.

16       Judge, are you going to -- just in terms of

17  procedurally, are you entering, and if I get the number wrong

18  I apologize -- a 54 judgment order which does not need to

19  await your rulings on fee and cost issues?  That's Question

20  No. 1.

21       And Question No. 2 is Ms. Auerbach would want to know

22  if we can expect soon a ruling on -- and we appreciate all the

23  work that went into the post-trial motions, your Honor, but if

24  we can expect soon a ruling on the fee issue.

25       THE COURT:  I don't know.  It's on our stack or I

1    guess I should say list of things to do chronologically.  When

2    we get to it, we'll get to it.

3              With respect to the fees being incorporated in the

4    bond, the answer is no because I don't know at this point what

09:40:38    5    the fees are.  You can certainly move to amend the ruling to

6    enlarge it to include that to a time when we have a specific

7    amount, but that may very well be something you'll do before

8    the Appellate Court rather than here.

9              MR. CHANEN:  Yeah.  I'm not worried about that fine

09:41:01    10    distinction.  I guess our main request, Judge, is that you --

11              THE COURT:  I'm just getting worried about you

12    getting beat up by Ms. Auerbach.

13              MR. CHANEN:  That's why I'm asking.

14              MR. SCAHILL:  Sounds like a real concern, Judge.

09:41:12    15              MR. CHANEN:  Our main concern, Judge, is until you

16    issue the 54 final judgment, and I'm not an expert in this

17    area, but until you, I think, issue that one-sentence or

18    one-page order, then their clock doesn't really start running

19    on the notice of appeal.

09:41:28    20              So we would ask that you do that.  The one thing I am

21    pretty sure about is that now that you've issued on the

22    post-trial, it does not have to await the collateral issues of

23    the -- of the fee.

24              THE COURT:  Understood, understood.

25              MR. CHANEN:  Thank you.

1　　　　　THE COURT:  But I have here before me, and I take it

2　seriously, the representations of the attorneys that they're

3　going to move expeditiously on the appeal, so I don't think

4　that's going to be a concern to you, but I understand --

09:41:51　5　　　　　MR. CHANEN:  All right.  Thank you, your Honor.

6　　　　　THE COURT:  -- the situation.

7　　　　　Okay.  Thank you both very much.

8　　　　　MR. SCAHILL:  Thank you, Judge.

9　　　　　MR. NOLAND:  Thank you.

10　　　　(Which were all the proceedings heard.)

11　　　　　　　　　　CERTIFICATE

12　　　　I certify that the foregoing is a correct transcript from

13　the record of proceedings in the above-entitled matter.

14　*/s/Kathleen M. Fennell*　　　　　*June 25, 2018*

15

16　Kathleen M. Fennell　　　　　　　　Date
　　Official Court Reporter

17

18

19

20

21

22

23

24

25