IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DEON PATRICK,** | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **CITY OF CHICAGO,** | ) | 14 C 3658 |
| **ANTHONY VILLARDITA,** | ) | |
| **THOMAS JOHNSON,** | ) | Ronald A. Guzmán |
| **RICK ABREU,** | ) | |
| **TERRY O'CONNOR,** | ) | |
| **BRIAN KILLACKY,** | ) | |
| **SEAN GLINSKI,** | ) | |
| **MICHAEL BERTI,** | ) | |
| **MARTIN FOGARTY, and** | ) | |
| **JOSEPH MAGATS,** | ) | |
| | ) | |
| Defendants. | | |

**ORDER**

This case comes before this Court on the Parties' Joint and Agreed Motion for a Fee and Cost Order [Dkt. # 539]. The Court, having read the motion and being fully advised, orders:

1. Pursuant to agreement of all remaining parties in the lawsuit, the Court enters a total fees and costs award to Plaintiff Deon Patrick in the amount of $3,158,747.43. This is the full and final amount of fees and costs to be awarded, and Plaintiff may not seek any additional fees and costs with respect to this case.

2. The Court denies as moot Plaintiff's Bill of Costs [Dkt. # 411], his Motion for Fees and Costs [Dkt. # 454], and his Amended Motion for Fees and Costs [Dkt. # 457].

**Date**: March 17, 2021

*Ronald A. Guzmán*
**Ronald A. Guzmán**
**United States District Judge**